FILED

MAR 13 2007

DAVID CREWS, CLERK
By_____
Deputy

IN THE CIRCUIT COURT OF PRENTISS COUNTY, MISSISSIPPI

BOBBY D. HUTCHENS             PLAINTIFF

vs.                                 No. CV06-190-A

NETBANK, A FEDERAL SAVINGS BANK     DEFENDANT

1:07CV55-BD

## AMENDED COMPLAINT

Comes now the Plaintiff, Bobby D. Hutchens, by and through counsel and files this his complaint against the Defendant Netbank, a Federal Savings Bank, and in support thereof would state the following facts to-wit:

### Facts

1. That the Court has jurisdiction over the parties and subject matter hereto.

2. That the Plaintiff is an adult resident citizen of Prentiss County, Mississippi and has been for six months next preceding the filing of this action. That the Defendant is an internet banking business engaged in business within the State of Mississippi and the principal headquarters for said bank is 1015 Windward Ridge Parkway, Alpharetta, Georgia. That the Defendant may be served with process by serving their corporate counsel at Hon. Kathryn Henthorn, Corporate Counsel, 7215 Financial Way, Jacksonville, Florida 32256. That the Defendant is engaged in the business of internet banking and through it's website advertisements it solicits internet banking customers all over the United States including Mississippi.



FILED

FEB 08 2007

BUD GREEN
CIRCUIT CLERK

Facts

3.  That on or about June 20, 2005, the Plaintiff established an interest bearing

    internet checking account with the Defendant and made a deposit to establish an

    account with the Defendant. That once the Plaintiff established his account, the

    Defendant provided him with a User Agreement and the same is attached hereto

    as exhibit "1" and is to be considered as if copied herein in full in words and

    figures.

4.  That on or about July 7, 2005, the Plaintiff directed his Social Security lump sum

    back pay award be deposited via direct deposit into his interest bearing checking

    account wit the Defendant Bank. The Plaintiff deposited the sum of $23,702.00.

5.  That once the money was deposited into the Plaintiff's account he attempted to

    make a purchase with his check card and the card was "denied". The Plaintiff

    attempted to withdraw funds from his account via ATM and his request to

    withdraw funds was "denied". The Plaintiff immediately contacted customer

    service at the Defendant Bank and was advised that his account and funds therein

    had been "frozen". The Plaintiff requested that he be provided the reason or

    reasons that his account and funds were "frozen" and the customer service

    representative advised him that he would be required to provide additional

    identification to prove his identity before they would release his funds. The

    Plaintiff complied and provided additional forms of identification as requested

    and the Defendant Bank refused to release his funds. The Plaintiff provided



FILED

FEB 0 8 2007

BUD GREEN
CIRCUIT CLERK

documentation, made repeated calls and sent numerous e-mails to attempt to secure the release of his funds all to no avail.

6. The Defendant Bank refused to release the Plaintiff's funds and held the same in excess of a month. The Social Security funds that were being held by the Defendant were the Plaintiff's sole source means of support and the Defendant's wrongful retention of those funds worked and extreme financial and emotional hardship on the Plaintiff.

7. That all of the checks the Plaintiff has written to buy items and to pay bills were returned and were stamped "Refer to Maker" by the Defendant bank. The Defendant Bank wrongfully dishonored the checks and no payment was made on the same. The Plaintiff incurred numerous banks fees because of the wrongful dishonor of his checks by the Defendant Bank.

8. The Plaintiff had written over $10,000.00 in checks that were returned by the Defendant Bank. The recipients of those checks charged the Plaintiff with bank fees and penalties for the dishonored checks. That one of the recipients threatened to file a criminal action against the Plaintiff if the check was not paid in cash immediately. This caused the Plaintiff to secured a loan from a finance company in order to avoid being arrested for felony false pretense due to the Defendant's wrongful dishonor of the check. That the Plaintiff was constantly pursued by the individuals to whom he passed the checks that was wrongfully dishonored by the Defendant. The Plaintiff's only mean of paying these checks were his "frozen" funds held with the Defendant Bank. That the acts of the Defendant Bank caused the Plaintiff pain and suffering, emotional anxiety and distress and resulted in

FILED

FEB 0 8 2007

BUD GREEN
CIRCUIT CLERK

damages to his person. The acts of the Defendant Bank violated the banking laws and regulations governing depository institutions engaged in banking.

9. That the Defendant retained counsel and had said counsel to forward the requested means of identification to the Defendant Bank to secure release of his funds. The Defendant Bank refused to release the funds. The Plaintiff requested the Defendant Bank close his account in order to secure release of his funds and the Defendant Bank refused. After holding the Plaintiff's funds in excess of a month, the Defendant Bank agreed to release his funds and honor his request to close his account. The Defendant Bank charged the Plaintiff a service fee to close his account and did not pay the interest owed on the account for the period of time the funds were frozen.

### Causes of Action

10. That the Plaintiff and the Defendant Bank entered into a contract whereby the Defendant would act as a depository bank for the funds of the Plaintiff. In turn, the Defendant Bank would pay the Plaintiff interest on the funds he had in the bank on deposit for each statement period. The Defendant was charged with releasing the Plaintiff's funds upon demand by a negotiable instrument drawn on his account with the bank. The Defendant intentionally breached the contract between the parties without cause or justification. As a direct and proximate result of the Defendant's intentional breach of contract, the Plaintiff has been damaged and is entitled to recover a judgment from and against the Defendant in an amount to be determined by a jury.



FILED

FEB 0 8 2007

BUD GREEN
CIRCUIT CLERK

11. The intentional breach of contract by the Defendant justifies an award of extra-contractual damages including pain and suffering, emotional distress and attorney's fees.

12. The Plaintiff and the Defendant entered into the contractual agreement referenced in paragraph 9 of this complaint. That upon entering into the contractual agreement, the Defendant was employed as a fiduciary of the Plaintiff. The Defendant owed a fiduciary duty to the Plaintiff as the depository institution holding the funds of the Plaintiff. The Defendant breached the fiduciary relationship with the Plaintiff. That as a direct and proximate result of the breach of fiduciary duty by the Defendant, the Plaintiff has been damaged and is entitled to recover a judgment from and against the Defendant in an amount to be determined by a jury.

13. That the Plaintiff and the Defendant entered into a contractual agreement as defined in paragraph 9 of this complaint. The Defendant was charged with the obligation and duty of releasing the funds of the Plaintiff when proper demand was made through negotiable instrument, check card or ATM card authorized on his account. The Plaintiff issued checks on his account and the checks were wrongfully dishonored by the Defendant. The Plaintiff attempted to use his ATM card and the ATM card was wrongfully dishonored. The Plaintiff attempted to use his check card issued by the Defendant Bank and his check card was wrongfully dishonored. The Defendant's intentional acts caused the wrongful dishonor of the Plaintiff's negotiable instruments. The Defendant is guilty of wrongfully dishonor of his negotiable instruments appropriately presented for payment on his account

FILED

FEB 0 8 2007

BUD GREEN
CIRCUIT CLERK

with the Defendant Bank. That as a result of the Defendant's wrongful dishonor of the negotiable instruments, the Plaintiff has been damaged and is entitled to recover a judgment from and against the Defendant in an amount to be determined by a jury.

14. That the Defendant owed a duty to the Plaintiff by being the depository bank in which his funds were on deposit. The Defendant was under the duty to properly administer the Plaintiff's funds according to the terms of the contractual agreement entered into between the parties. The Defendant breached the duty owed to the Plaintiff. That as a direct and proximate result of the Defendant's breach of the contract entered into by the Parties, the Plaintiff has been damaged and is entitled to recover a judgment from and against the Defendant in an amount to be determined by a jury.

15. That the acts of the Defendant are intentional and such as to shock the conscience of the public and justify an award of punitive damages. The Plaintiff alleges, upon information and belief, that the Defendant has a pattern and practice of intentionally freezing the accounts of its depositors and holding said funds without cause or reason. That said acts are intentional and justify an award of punitive damages in an amount to be determined by a jury.

16. That the Defendant Bank intentionally converted the Plaintiff's funds to their own use for a period in excess of one month. That during that time the Defendant Bank received interest on said funds and used them as their own. That as a result of the Defendant Bank's intentional conversion of the Plaintiff's funds, the Plaintiff has



FILED

FEB 0 8 2007

BUD CREEN
CIRCUIT CLERK

been damaged and is entitled to recover a judgment from and against the Defendant in an amount to be determined by a jury.

17. That the Plaintiff and the Defendant entered into a contract whereby the Plaintiff would provide funds and the Defendant would provide banking services. The Defendant solicited the Plaintiff's business through their internet website and advertisements thereon. The Plaintiff opened an interest bearing checking account when the proceeds of his social security settlement were deposited into his checking account.

Wherefore, premises considered, the Plaintiff moves the Court for all process to issue upon the Defendant Bank requiring them to appear, plead or otherwise defend this action. The Plaintiff further prays that this Court will award him a judgment from and against the Defendant for the causes of action plead herein in an amount to be determined by a jury as to each cause of action. The Plaintiff prays for extra contractual damages to be awarded against the Defendant. Plaintiff prays for an award of punitive damages against the Defendant in an amount to be determined by a jury in order to punish the Defendant for their intentional acts and deter similar behavior in the future. The Plaintiff prays for an award of attorney's fees and costs of court in this cause. Plaintiff prays for general relief under the premises plead herein.



FILED

FEB 0 8 2007

BUD GREEN
CIRCUIT CLERK

Respectfully submitted,
Bobby Hutchens

Phillip M. Whitehead
Attorney at Law
111 South Main Street
Booneville, MS 38829
Phone: (662) 720-1133
Fax: (662) 720-1166
MS Bar No. 9708

FILED

FEB 0 8 2007

BUD GREEN
CIRCUIT CLERK

State of Mississippi
County of Prentiss

Personally appeared before me, the undersigned authority within and for the aforesaid county and state, Bobby D. Hutchens, who, being by me first duly sworn states on his oath that the above facts and information contained in the Complaint are true and correct as therein stated to the best of his knowledge.


Bobby D. Hutchens

Sworn and subscribed by me, on this the ___25___ day of ___July___, 2006

_Lyndia H Phifer_
Notary Public

My Commission Expires:
(February 23, 2007)

**FILED**

JUL 3 1 2006
BUD GREEN
CIRCUIT CLERK
FEB 6 8 2007

BUD GREEN
CIRCUIT CLERK



member FDIC

# Important Information About Your Accounts

NetBank Personal Deposit Account Terms and Conditions Agreement

Funds Availability Policy

Electronic Funds Transfers

Online Bill Payment Terms and Conditions

Funds Transfer Agreement and Disclosures

Checking Overdraft Protection Account Agreement and Truth-in-Lending Disclosures

Truth-in-Savings Disclosures on Deposit Accounts

FILED

JUL 3 1 2006

BUD GREEN
CIRCUIT CLERK

Exhibit "1"

# Table of Contents

NetBank Personal Deposit Account Terms
and Conditions Agreement ................................................................ 5

Funds Availability Policy .................................................................. 16

Electronic Funds Transfers .............................................................. 18

Online Bill Payment Terms and Conditions .................................... 23

Funds Transfer Agreement and Disclosures ................................... 28

Checking Overdraft Protection Account Agreement
and Truth-in-Lending Disclosures ................................................... 31

Truth-in-Savings Disclosures on Deposit Accounts ....................... 35

FILED

JUL 3  2006

BUD GREEN
CIRCUIT CLERK

## NetBank Personal Deposit Account Terms and Conditions Agreement

### Agreement

This Personal Deposit Account Terms and Conditions Agreement ("Deposit Agreement") is the contract that establishes the rules that control your personal banking account(s) with us. Please read this Deposit Agreement carefully and retain a copy for your records. In consideration of the mutual promises set forth below, you and NetBank agree to the terms and conditions indicated below. For terms and conditions relating to business accounts, please see the NetBank Small Business Deposit Account Terms and Conditions Agreement.

By signing (manually or, if approved by us, electronically) an account application, signature card, or other NetBank form to open or request an account, or by otherwise opening or using an account with us or a product or service from us, you agree that you (and your heirs, successors, representatives, and beneficiaries, if any) and NetBank will be bound by this Deposit Agreement and all amendments hereto in effect from time to time. This Deposit Agreement incorporates the following (as they may be revised from time to time upon prior notice to you):

1. Funds Availability Policy
2. Electronic Funds Transfers
3. Online Bill Payment Terms and Conditions
4. Funds Transfer Agreement and Disclosures
5. Checking Overdraft Protection Account Agreement and Truth-in-Lending Disclosures
6. Truth-in-Savings Disclosures on Deposit Accounts

All of these agreements and disclosures together with this Deposit Agreement and any separate schedule of fees, rates and qualifying balances are collectively referred to as the "Deposit Agreement" and govern your accounts with us. You will receive a separate schedule of rates, qualifying balances, and fees for your account if those disclosures and schedules are not included in this document. If you have any questions concerning the Deposit Agreement, please contact us at 1-888-BKONWEB (256-6932).

This Deposit Agreement shall be governed by and construed in accordance with applicable federal laws and, to the extent not preempted by federal law, the laws of the state of Georgia, including its principles governing conflicts or choice of laws. This Deposit Agreement also contains agreements that vary the laws of the state of Georgia, to the extent that such laws may be varied. The body of federal and state law that governs our relationship with you, however, is too large and complex to be reproduced here. The purpose of this document is to:

1. Summarize some laws that apply to common transactions.
2. Establish rules to cover transactions or events that the law does not regulate.
3. Establish rules for certain transactions or events that the law regulates but permits variation by agreement.
4. Give you disclosures of some of our policies to which you may be entitled or in which you may be interested.

If any provision of this Deposit Agreement is found to be unenforceable according to its terms, all remaining provisions will continue in full force and effect.

This document uses various defined terms. To the extent not otherwise defined or indicated in this document, the following terms in the Deposit Agreement shall have the indicated meanings:

- "Attorney's fees" means reasonable attorney's fees and expenses incurred, whether or not a lawsuit or other proceeding is brought, and shall include fees and expenses incurred by us: (i) through our inside and outside counsel; and (ii) in trial court, appellate, bankruptcy, arbitration, and regulatory proceedings.
- "Days" means calendar days.
- "Fee Schedule" means the schedule made available to you from time to time setting forth the fees and charges applicable to your accounts with us.
- "Georgia UCC" means the Uniform Commercial Code as adopted in Georgia, as amended from time to time.
- "Good faith" means honesty in fact in the conduct or transaction concerned.
- "Improper Debit" means any debit that is improper because of an unauthorized drawer's signature, alteration, or unauthorized endorsement on an item or withdrawal request, or for any other reason.
- "Indemnify" or "indemnification" means to indemnify and hold harmless NetBank, its employees, officers, directors, shareholders, attorneys, and agents (collectively, "Indemnified Party") for all liabilities, claims, causes of action, lawsuits, demands, and damages of any nature, including reasonable attorney's fees and expenses, whether or not an action is brought, sustained or incurred by the Indemnified Party in connection with the event or transaction to which the duty to indemnify relates.

FILED
JUL 3 1 2006
BUD GREEN
CIRCUIT CLERK

5

- "NetBank Check" means a cashier's check, certified check, or teller's check (including an official check).

- "Non-Proprietary ATM Deposit" means a deposit made at an ATM that is not owned or operated by us.

- "Reasonable Promptness" means 14 days from the date that any statement or item is physically mailed to you or is otherwise available to you by logging into your account through our website.

- "Third Party Account Aggregator" means anyone not affiliated with us whose services that you use to obtain information on your accounts and loans, and to conduct transactions on such accounts and loans.

- "We," "our," and "us" mean NetBank, and as applicable, its officers, employees, directors, shareholders, attorneys, and agents.

- "You" and "your" mean each and every owner of the account and anyone else with the authority to deposit, withdraw, or exercise control over the funds in the account.

The headings in this document are for convenience or reference only and will not govern the interpretation of the provisions. Where the context requires or permits, words and phrases used in this document shall be construed so the singular includes the plural and the plural includes the singular.

## Signature Card

The Signature Card is one of the methods we use to confirm your authorization for an account and the transactions conducted on the account. We require that you and anyone whom you authorize to conduct transactions on your account sign the Signature Card. If we do not receive a signed Signature Card within 75 days of your initial deposit, we reserve the right to restrict certain transactions on your account. These transaction restrictions may include, but are not limited to, restrictions on wire transfers, official check requests, non-proprietary ATM deposits, and other debit activity. We also reserve the right to close the account if a Signature Card is not signed by all account owners in a timely manner.

When you open your first account with us, you will be required to sign a Signature Card. Your signature on that Signature Card authorizes us to open additional accounts for you in your name when we receive an application from you for an additional account or accounts.

If you open a joint account with another person, you and your joint account holder both will be required to sign a Signature Card for your first joint account together. Each of you signing the Signature Card for a joint account authorizes your joint account holder to open additional joint accounts in your names without any additional signature from you.

## Account Description, Ownership and Beneficiary Designation

The rules that apply to your account depend on the form of ownership and beneficiary designation specified on our account records. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds. Some forms of account ownership may not be available for all types of accounts.

**Individual Account** - An account in the name of one person only. Funds in the account may be paid only to that individual or to someone whom that individual has given a power of attorney, or as the individual or power of attorney holder directs, or as otherwise may be required or permitted by law.

**Joint Account** - With Right of Survivorship (And Not As Tenants in Common) - An account in the names of two or more persons. Each of you intends that when you die, the balance in the account (subject to any previous pledge to which we have agreed) will belong to the survivor(s). If two or more of you survive, the survivors will own the balance in the account as joint tenants with right survivorship and not as tenants in common. By opening a Joint Account, each of you agrees that any one of you may make withdrawals without the signature of the others. Each of you appoints each other account owner with power of attorney to endorse any check or draft payable to any one or more of you and to cash or deposit the same. Each of you (until we receive written notice to the contrary) authorizes each other person signing the signature card to endorse any item payable to you or your order for deposit to your joint account.

**Revocable Trust or Pay-On-Death (POD) Account** - This account may be opened by one or more persons who name another as beneficiary. If two or more of you create this type of account, you own the account jointly with right of survivorship. The person(s) creating this account may: change or delete beneficiaries, change account types, or withdraw all or part of the account funds at any time. Beneficiaries cannot withdraw unless: (1) all persons creating the account die; (2) the beneficiary is then living; and (3) any required release-of-funds procedures have been completed. If two or more beneficiaries are named and survive the death of all persons creating the account, beneficiaries will own this account in equal shares, without right of survivorship.

**Fiduciary Accounts** - Fiduciary accounts involve a legal arrangement or capacity in which one person or entity (the fiduciary) acts on behalf of another. Examples include, but are not limited to, personal representative, guardian, or conservator for a minor or other legally incompetent person, and a trustee under a trust agreement or will. This account may be opened and maintained by a person or persons named as a trustee under a written trust agreement, or as executors, administrators, or conservators under court orders. You understand that by opening such an account, we are not acting

---

in the capacity of a trustee or fiduciary in connection with the account, and we shall not have any obligation to monitor or enforce the terms of the trust or other fiduciary arrangement.

**Georgia Transfers to Minors Acts (GTMA) Accounts** - A complete and irrevocable transfer to a minor. Under the GTMA, the funds in the account are owned by the minor but are controlled by and carried in the name of the custodian. Until the minor reaches the age of majority, withdrawals are paid only upon the signature of the custodian or as required or permitted by law. The minor has unconditional use of the account when he or she reaches the age of eighteen (18). Before that time, the account may be accessed only by the custodian (or successor custodian), and the funds must be used for the benefit of the minor. We, however, have no duty whatsoever to monitor or ensure that the acts of the custodian (or successor custodian) are for the minor's benefit.

**Power of Attorney** - You may wish to appoint someone (your attorney in fact) to conduct transactions on your account on your behalf. We have no duty whatsoever to monitor or ensure that the acts of your attorney in fact are for your benefit. This may be done by allowing your attorney in fact to sign in that capacity on the signature card or by separate form, such as a power of attorney. We may continue to honor the transactions of the agent until: (1) we have received written notice or have actual knowledge of the termination of the authority of your agent or the death of an account owner, and (2) we have had a reasonable opportunity to act on this notice or knowledge. We shall not be responsible for any loss or damage you may incur as a result of our following instructions given by an agent acting under a valid power of attorney.

**Change of Ownership** - The ownership of your account stays in effect until you request a change and we honor your request. For certificate of deposit (CD) accounts, also called "time deposits," you may change the ownership within 10 days after maturity without incurring any penalties. If you choose to change the ownership during the term of your CD, your existing CD will be closed and a new CD will be opened, and all applicable early withdrawal penalties will apply. For checking and money market accounts, you may change the ownership at any time without penalty. Your existing account will be closed and a new one opened. Any such new account requires signing a new signature card.

**Changing Account Products** - We may change your account to another product offered by us at any time by giving you sufficient prior notice that your account will be changed to another product on a specified date. If your account is a CD, the change will not occur before the next maturity date of your account. If you do not close your account before the date specified in the notice, we may change your account to that other product on the date specified in the notice.

**Checking Accounts** - For purposes of our internal records, checking accounts consist of a checking sub account and a savings sub account. We may periodically transfer funds between these two sub accounts. The savings sub account will be governed by the rules governing savings accounts. This process will not affect your available balance, the interest you may earn, FDIC insurance protection, or your monthly statement.

## Deposits

**Deposit Items** - We may refuse, accept for collection only, or return all or part of any deposit. We will act as your agent in collecting any items deposited to your account in accordance with our customary practices and applicable law. We will give you only provisional credit until collection is final for any item, other than cash, that we accept for deposit (including items drawn "on us"). Until we actually receive the deposit, we are not responsible for any deposit made by mail or through any depositary that we do not own or operate, including an ATM that we do not own or operate. We will treat and record all transactions received after our "daily cut-off time" on a business day we are open or received on a day we are not open for business as if received on the next business day that we are open. We are not required to accept the following types of deposits: (1) third-party checks; (2) checks payable to a business account rather than your personal account; (3) counter or "starter" checks; or (4) credit card checks.

**Initial Deposits** - We will not issue checks, or ATM or VISA® Check cards for a new account until we have verified the collectability of the funds deposited to open the account to our satisfaction, subject to applicable law.

**Incomplete Account Applications** - If you submit an incomplete account application, we cannot process the application until we have received all necessary information from you. Any deposits received before your application is approved will be held (without processing) until the application is approved. If the application is not approved, the deposit will be returned to you without interest.

**Deposit Verification** - All deposits we receive are subject to subsequent verification and correction by us. If we determine that a deposit does not contain all items claimed to be deposited, we may correct the error and adjust the account balance, even if you have already withdrawn all or part of the deposit. You will have the burden of proving that our records are erroneous with respect to any disputed items.

**Account Adjustments** - We may make adjustments to your account from time to time to reflect corrections or changes to your balance. In the event of an error that has caused an overstated balance, you shall reimburse us immediately for the overstated amount.

**Returned Deposit Items** - If a deposited item is returned to us by the bank on which it is drawn, we may accept that return and charge the item back against your account without regard to whether the other bank returned the item before its midnight deadline. At our option and without notice to you

FILED

JUL 3 1 2006

BUD GREEN
CIRCUIT CLERK

that the item has been returned, we may resubmit any returned item for payment. You waive notice of dishonor and protest, and we will have no obligation to notify you of any deposited item that is returned to us. We also reserve the right to charge back to your account the amount of any item deposited to your account or cashed for you that was initially paid by the payor bank and that is later returned to us due to an allegedly forged, unauthorized or missing endorsement or drawer's signature, claim of alteration, encoding error or other problem which in our judgment justifies reversal of credit. We may process a copy or other evidence of a returned item in lieu of the original.

**Deposits By Mail** - You may send deposits by mail. You should endorse checks being sent through the mail with the words "For Deposit Only" and should include your correct account number underneath to ensure that the check is credited to the correct account. You should use the pre-encoded checking deposit slips provided to you. If you do not use your deposit slip, we may apply it to any account or any loan balance you may have with us, or we may return the check to you. If you use a deposit slip that we have not approved or do not use a deposit slip, we may impose and you shall pay a deposit processing fee (this does not apply to new accounts). You will be responsible for any loss or expense caused by your failure to properly identify the account to which a deposit is made or intended to be made. Following your deposit, examine your statement carefully or call us to ensure that we received the item. WE STRONGLY RECOMMEND THAT YOU DO NOT DELIVER CASH FOR DEPOSIT USING THE U.S. MAIL OR ANY OTHER DELIVERY SERVICE. WE CANNOT BE RESPONSIBLE FOR YOUR LOSS IF YOUR DEPOSIT IS LOST, STOLEN, OR MISDELIVERED BEFORE WE RECEIVE IT.

**Non-Proprietary ATM Deposits** - We will accept non-proprietary ATM deposits from customers who are in good standing with us after an initial 120-day relationship period. Please see the Funds Availability Policy for additional information regarding availability of ATM deposits.

**Direct Deposits** - The Federal Government or other persons may from time to time send a direct deposit to your account. If we receive notice to our satisfaction that such a deposit was made to the wrong account or that the deposit otherwise, for any reason, should be returned to the sender, you authorize us to deduct the amount of the deposit from the account or from any other account you have with us, without prior notice and at any time, except as prohibited by law. We may also use any other legal remedy to recover the amount of our liability.

**Foreign Currency** - Items payable in foreign currency are accepted only for collection, and you will bear all exchange rate risk. We have no control over the time required for the collection process to be completed. We will not credit the item to your account until we receive the proceeds in U.S. dollars.

**Endorsements** - We may accept for deposit any item payable to you or your order, even if the item is not endorsed by you. We may endorse and/or collect items deposited to your account without your endorsement, or we may supply the endorsement, but we may, at our option, require you to personally endorse the item prior to accepting it for deposit. You warrant that all endorsements on items deposited by you are genuine and authorized.

**FDIC Insurance**

Funds in your accounts with us are insured by the Federal Deposit Insurance Corporation (FDIC) and backed by the full faith and credit of the United States. The amount of insurance coverage you have depends on the amount deposited and the ownership of each account you have with us. For example, if you have one individual account with us, it will be insured up to $100,000. For additional information, you may ask us or contact the local office of the FDIC. You may also contact the FDIC on the internet at www.fdic.gov/deposit/index.html.

**Withdrawals**

**General Information** - Any of you, acting alone, who signs in the space designated for signatures on the signature card may withdraw or transfer all or any part of the account balance at any time.

**Transaction Limitations** - All withdrawals and transfers are subject to availability of funds in your account and to any special limitations for the particular type of account described elsewhere in this Deposit Agreement or in other disclosures you receive. In addition, for savings and money market accounts, you may make no more than 6 transfers or withdrawals by means of a preauthorized, automatic, or telephonic transfer to another account of yours or to a third party during any calendar month (or statement cycle of at least four weeks.) Of these 6, you may make no more than 3 transfers to a third party by check, debit card, or similar order. A preauthorized transfer includes any arrangement with us to pay a third party from your account at: (1) a predetermined time; (2) on a fixed schedule; or (3) upon oral or written orders including orders received through the Automated Clearing House (ACH). If the transfer or withdrawal is initiated in person, by mail, or at an ATM, then there is no limit on the number of payments that may be directly to you, directly to us for amounts you owe us, or transfers to other accounts you have with us. Withdrawals by telephone are also unlimited if you are requesting that a check be mailed to you. If you exceed these restrictions, you may incur service charges, and federal law requires us to close or convert your account to a checking account for repeated violations.

We may refuse any withdrawal or transfer request that is greater in number than the frequency permitted, or that is for an amount greater or less than any withdrawal limitations. We will use the date the transaction is completed by us (as opposed to the date you initiate it) to apply the frequency limitations. If we honor a nonconforming request, we are not required to do so later. We may treat continued abuse of the stated limitations (if any) as your act of closing the account, or we may at our option reclassify your account as a checking account. If we reclassify your account, your account will

be subject to the fees and earnings rules of the new account classification. See the "Funds Availability Policy" for information about when you can withdraw funds you deposit.

**Notice of Intended Withdrawal** - Ordinarily, you may withdraw funds from your account without giving us prior notice. However, we reserve the right to require you to give us 7 days prior notice of your intent to withdraw funds from any of your accounts, except CDs, but we will not require this notice unless we do so for all of our customers with accounts of the same type.

**Good Faith Disbursement** - We may disburse funds from your account in good faith reliance on documentation presented to us that purports to give any individual or entity the right to receive such disbursement, and we shall not be liable to you for any such good faith disbursement.

**Telephone Transfers** - A telephone transfer of funds from this account to another account with us, if otherwise arranged for or permitted, may be made by the same persons and under the same conditions generally applicable to withdrawals made in writing. Please refer to "Transaction Limitations" for other account transfer restrictions that might apply to your account.

**Automated Clearing House** - You may from time to time be a party to an ACH entry which may be credited or charged to your account. You shall be bound by the National Automated Clearing House Association (NACHA) operating rules then in effect for ACH transactions that you authorize. Payment of ACH entries will be processed on the basis of the identifying number for the ACH, even if the identifying number identifies a financial institution, person, or entity different from the named party in the transaction. Unless otherwise provided under applicable law, you have 15 days from the time we send or make your statement available to notify us of unauthorized ACH debits to your account.

**Funds Transfers** - Funds transfers made to or from your account are subject to Article 4A of the Uniform Commercial Code - Funds Transfers as adopted in Georgia, and to Federal Reserve Regulation J if the funds transfer is conducted by Fedwire, except as otherwise modified by this Deposit Agreement or our Funds Transfer Agreement and Disclosure. Please refer to our "Funds Transfer Agreement and Disclosure" for more information.

**Payment Order of Items** - The law permits us to pay items (such as checks or drafts) drawn on your account in any order. To assist you in handling your account with us, we are providing you with the following information regarding how we process the items drawn on your account. Our policy is to pay items received on any one day in the order of the highest dollar amount to the lowest dollar amount. We will pay the largest item received on that day before paying the next largest item. The order in which items are paid is important if there is not enough money in your account to pay all of the items that are presented. Our payment policy will cause your largest, and perhaps more important, items to be paid first (such as your rent or mortgage payment), but may increase the overdraft or Non-Sufficient Funds (NSF) fees you may pay if funds are not available to pay all of the items.

**Non-Sufficient Funds** - If a check you draw or any other transfer or withdrawal request is presented for payment against your account, or if we otherwise receive notice of such check, transfer or withdrawal request, and there are not sufficient funds available in your account (due to insufficient funds, uncollected items, or otherwise), we may, in our discretion, either: (1) make payment in accordance with such check, transfer, or withdrawal request; or (2) return the check, transfer, or other withdrawal request unpaid. In either case, we will not be liable to you for doing so. If we decide to pay the check, transfer, or withdrawal request, you shall reimburse us immediately for the amount of the overdraft, plus the Non-Sufficient Funds item fee in the amount stated on our Fee Schedule. If we decide not to pay the check, transfer, or withdrawal request, we will charge you a Non-Sufficient Funds item fee. We also may close your account without notice, unless notice is required by law. Should we decide to pay a check, transfer, or other withdrawal request that creates an overdraft, we will not be obligated to do so again in the future.

You are responsible for reimbursing us for all overdrawn checks, or other withdrawal, transfer, or debit requests, regardless of when or why returned, and for all Non-Sufficient Funds item fees. We encourage you to make careful records and practice good account management. This will help you to avoid writing checks or drafts without sufficient funds and incurring the resulting fees.

**Check Signature Verification and Notations** - Items drawn on your account may be processed on an automated basis based on information encoded on such items. Although we may visually review such items from time to time, reasonable commercial standards do not require us to do so. If we do visually review any item, we may return it unpaid without liability to you if, in our reasonable judgment, the item: (i) does not bear a drawer's signature that favorably compares to the specimen signature card we have on file for your account; (ii) appears to be altered; or (iii) is missing a necessary endorsement or appears to contain an unauthorized endorsement. Even if we sight examine an item, we have no duty to review the paper check of that item. You shall indemnify us for: (1) the misuse or unauthorized use of any facsimile signature used on a check or other item; or (2) the payment or acceptance of any item with restrictions or notations, whether you are the payee, payor, endorser, drawer, or otherwise. We cannot honor any request to require multiple signers for any checks or other withdrawals or transfers. Therefore, checks and other withdrawal or transfer requests may be paid on one signature notwithstanding any instructions to the contrary, unless required by court order or other law or legal process.

**Restrictive Legends** - Examples of restrictive legends placed on checks are "must be presented within 90 days" or "not valid for more than $1,000." We are not required to honor any restrictive legend placed on checks you write unless we have agreed in writing to the restriction. We are



FILED

JUL 3 1 2006

BUD GREEN
CIRCUIT CLERK

not responsible for any losses, claims, damages, or expenses that result from your placement of these or other special instructions on your checks.

**Facsimile Signatures** – Unless you make advance arrangements with us, we have no obligation to honor facsimile signatures on your checks, debit or transfer requests or orders. If we do agree to honor items containing facsimile signatures or other non-manual form of signatures, you acknowledge that it is solely for your benefit and convenience. You accept sole responsibility for maintaining security over any device affixing the signature. Such signature will be effective as your signature regardless of whether the person affixing it was authorized to do so. We will not be liable for honoring any item that bears or purports to bear a facsimile signature or other non-manual form of signature. You must notify us immediately if you suspect that your facsimile or other non-manual signature is being or has been misused.

**Processing Checks and Deposit Forms Ordered Through Other Vendors** – If you do not purchase your blank checks and deposit forms from an authorized vendor, you must be certain that we approve the blank checks and deposit forms you purchase. We may refuse any withdrawal or transfer request that you attempt on forms not approved by us or by any method we do not specifically permit. If we do honor a nonconforming check, we may impose and you shall pay a check-processing fee.

Your deposit must be accompanied by a deposit form that we approve and must include the Magnetic Ink Character Recognition (MICR) encoded account number on the bottom. If your deposit slip cannot be processed on our equipment or your deposit is not accompanied by an approved deposit slip, we may impose and you shall pay a deposit processing fee. This fee does not apply to new accounts. See our separate Fee Schedule for a complete list of fees.

**Certificate of Deposit Early Withdrawal Penalties (and Involuntary Withdrawals)** – We may impose early withdrawal penalties on a withdrawal from a time deposit account even if you do not initiate the withdrawal. For instance, the early withdrawal penalty may be imposed if the withdrawal is caused by our set off against funds in the account or as a result of an attachment or other legal process. We may close your account and impose the early withdrawal penalty on the entire account balance in the event of a partial early withdrawal. See the Truth-in-Savings Disclosure for additional information on early withdrawal penalties.

**Post-Dated Checks** – We may pay any checks or other items presented against your account without regard to the date of the item. No special instructions or conditional terms placed on any item drawn against an account shall be binding upon us unless specifically agreed to by us in writing. Unless we have specifically agreed otherwise in writing with respect to a specific item, we are under no obligation to verify the date of the check or other item, and you authorize us to pay the check or other item and debit your account for this amount, even if the check or item is presented for payment prior to the date written on the check or item. In the alternative, we may, in our sole discretion, return the post-dated check or item. We will not be liable to you or any payee if we return a post-dated check or other item, or if we pay the check or item, unless we have specifically agreed in writing otherwise.

**Stale-Dated Checks** – We are not obligated to, but may at our option, pay a check (other than a certified check) presented for payment more than 6 months after its date. If you do not want us to pay a stale-dated check, you must place a stop-payment order on the check in the manner we have described below under Stop Payments.

**Stop Payments** – At your request and risk, we may accept a written or oral stop payment order (subject to written confirmation as discussed below) on any check drawn on, or ACH debit from, your account (including a temporary stop-payment order for a post-dated check). Any stop order must specify the account number, the check number, dollar amount, date of the check or ACH debit, and the payee. If you provide us with incorrect information, even if the information is a close approximation of the actual information, we will not be liable for payment of the check or debit. A stop-payment order must be received in time to give us a reasonable opportunity to act. Without limiting the foregoing, we will not be liable for honoring a check or allowing a debit within 1 business day of receiving a stop payment order for the check or debit. We will honor a stop-payment request by the person who signed or authorized the particular item or debit, and by any other person who has a right to withdraw from the account. A release of the stop payment request may be made only by the person who initiated the stop payment order.

If you provide an oral stop payment order, you must confirm it in writing within 14 days of the order. A stop payment order will expire in 6 months unless you renew it in writing before it expires. You may renew the stop payment order in writing for successive 6-month periods.

You shall indemnify us in connection with our refusal to pay such check or debit.

**Lost, Destroyed, or Stolen Cashier's Check, Certified Check, or Teller's Check** – If we have issued a NetBank check at your request and it becomes lost, destroyed, or stolen, you may request that we not honor the NetBank check and issue either a replacement check or a refund to you. There are two procedures that govern this event. If you want us to take immediate action, and if the NetBank check has not been paid or presented, you must submit a written statement describing the loss and the NetBank check, including the date of issuance, amount, payee, and check number. You must also provide to us an indemnification with appropriate collateral in a form and amount acceptable to us that will protect us in case the NetBank check is presented. We may delay reimbursing you or issuing a replacement check for the NetBank check until we are reasonably sure that the NetBank check will not be presented. The placement of a stop payment on a NetBank check is solely at our

10

discretion. If you request that we not honor a NetBank check and we agree to do so, you shall pay a fee in the amount set forth in our Fee Schedule.

Alternatively, you may comply with Georgia UCC 11-3-312, which is a statutory procedure governing lost, destroyed, or stolen cashier's checks, certified checks, and teller's checks (including official checks). Generally speaking, under this statute, you may request that we not honor a NetBank check. You must submit a declaration of loss as required by the statute and describe the NetBank check with reasonable particularity. We require a reasonable period of time to act on the request. Your claim will not become enforceable until the later of: (i) the date the claim is asserted; or (ii) 90 days after the date of the NetBank check; or (iii) 90 days after we receive a NetBank check in the case of a certified check. Until your claim becomes enforceable, it has no legal effect, and we may honor the NetBank check, or permit the drawee to honor it, on presentment. After the claim becomes enforceable, we will not honor the NetBank check presented thereafter. If we act on your request, we have all of the rights described in Georgia UCC 11-3-312.

**Debit Holds by Merchants** – When you use your ATM or debit card to rent a vehicle or hotel room, or to make certain other purchases, the vehicle rental company, hotel, or other merchant (collectively, for purposes of this paragraph, the "merchant") might initiate a debit hold on your deposit account at that time. Merchants may initiate debit holds for many reasons, including (but not limited to) satisfying any "security deposit" requirement agreed to by you with the merchant or ensuring that you have available funds in your account when you return the rented vehicle, check out of the hotel, or otherwise complete your purchase. Funds in your account that are subject to a debit hold will not be available to pay checks or other items, or for other withdrawals or transfer requests. If you provide your account number, ATM card, or debit card to a person to complete a transaction, you authorize us to honor any debit hold or withdrawal request from such person. We have no control over when a merchant "releases" any debit hold that you previously authorized. When a merchant does send us a request to release a debit hold, the released funds will not be available to you for withdrawal until we have had a reasonable opportunity to process the merchant's instructions.

**Your Responsibilities**

**Security** – You shall exercise reasonable control over all bank checks, unused checks, time deposits, certificates of deposits (CDs), Personal Identification Numbers (PINs), ATM cards, debit cards, User IDs, passwords, and any other item, instrument, or card related to your account. You shall notify us immediately if any of these are or may have been lost, stolen, or used without your authorization, or if you believe there is an error on your periodic statement. We may issue replacements for lost or stolen checks, CDs, PINs, ATM cards, or other items, instruments, or cards, but only after you have provided such proof and security or indemnification as we may require. In addition, we may close your account to help prevent future losses.

**Suspicious or Fraudulent Activity** – If you notice suspicious or fraudulent activity on your account, contact our Customer Security Department at 1-888-BKONWEB (256-6932) to advise us of the nature of the transactions. If necessary, we can restrict access to your account, change your account password, issue new ATM or debit cards, or close your account if there is evidence that your account has been the target of criminal activity. In most cases, we will request that you provide us with an Affidavit of Identity, copy of a police report, and other documentation necessary to assist in our investigation. We will also ask that you be willing to prosecute the perpetrator to the fullest extent of the law.

**Monitoring and Recording Telephone Calls** – We may monitor or record telephone calls for security reasons and to ensure that you receive courteous and efficient service. You consent in advance to any such recording. We need not remind you of our recording before each telephone conversation.

**Review and Report** – You must review your statements, checks, debit slips, items, and other records sent or made available to you with reasonable promptness to determine whether any debit to your account was an Improper Debit. If you discover an Improper Debit, you must immediately report it to us. A "report" means to identify in writing the Improper Debit by item number, amount, payee, date, the reason that you are objecting to the Improper Debit, and any other information that we may request.

If you fail to discover and report an Improper Debit with reasonable promptness, you will be precluded from asserting against us: (1) the Improper Debit if we prove that we suffered a loss by reason of your untimely report; and (2) any other Improper Debit by the same wrongdoer and paid in good faith by us before we received your report and after you have had a reasonable time not exceeding 14 days after the first statement describing the first Improper Debit was sent or otherwise made available to you. If this paragraph applies, and if you prove that we failed to exercise ordinary care in paying the item constituting the Improper Debit, which failure substantially contributed to the loss, then the loss will be allocated between us according to the extent to which each of us failed to exercise ordinary care.

Regardless of the ordinary care of either you or us, if you fail to report an Improper Debit within 30 days after the date that we sent or made available to you the statement or item constituting the Improper Debit, you will be absolutely precluded from recovering against us for that Improper Debit.

You authorize us to retain and copy at our expense all checks, drafts, debits, and credit advices for the account. After the original documents have been copied, they will be destroyed but will be available for view online for a period of 1 year. Copies of items are maintained by us indefinitely. The same restrictions for notifying us about an unauthorized signature, unauthorized endorsement, or alteration, as indicated above, apply to electronic statements.

11





FILED

JUL 3 1 2006

BUD GREEN
CIRCUIT CLERK

**Claim of Loss -** If you claim a credit or refund because of an improper Debit, you shall cooperate with us in the investigation of the loss, including giving us an affidavit containing whatever reasonable information we require concerning your account, the transaction, and the circumstances surrounding the loss. You shall promptly notify law enforcement authorities of any criminal act related to the improper Debit. We will have a reasonable period of time to investigate the facts and circumstances surrounding any claim of loss. Unless we have acted in bad faith, we will not be liable for special or consequential damages including less of profits or opportunity, or for attorney's fees incurred by you.

You will not waive any rights you have to recover your loss against anyone who is obligated to repay, insure, or otherwise reimburse you for your loss. You will pursue your rights, or at our option, assign them to us so that we may pursue them. Our liability will be reduced by the amount you recover or are entitled to recover from these other sources.

**Address or Name Changes -** You shall promptly notify us of any change in your physical address, mailing address, email address or your name. Unless we agree otherwise, change of address or name must be made in writing by at least 1 of the account holders. Informing us of your address or name change on a check reorder form is not sufficient. We will attempt to communicate with you only by use of the most recent physical address or email address you have provided to us, and any notice or communication sent to you at the address noted in our records shall be effective unless we have received an address change notice from you and have had a reasonable opportunity to act on it. If you fail to notify us of a change of address or for any other reason a statement is returned to us, we may destroy the statement and any accompanying items that are returned to us.

**Death or Incompetence -** You shall notify us promptly if any person with a right to withdraw funds from your account dies or becomes legally incompetent. We may continue to honor your checks, items, and instructions until we: (1) know of your death or incompetence; and (2) have had a reasonable opportunity to act on that knowledge. We may pay or certify checks drawn on or before the date of death or legal incompetence for up to 10 days after your death or legal incompetence unless ordered to stop payment by someone with an interest in the account.

**Dormant Accounts -** If we are unable to contact you through the U.S. Mail and you do not initiate activity in the account for a substantial period of time, which may be defined by applicable law or regulation, we may treat the account as being dormant. We may charge dormant account fees on dormant accounts, in addition to regular maintenance and other applicable fees, except as limited by law. Unless otherwise required by law, we can decline to pay interest on interest-bearing accounts that are dormant, and you will not be entitled to recover any such fees or unpaid interest in the event that you reestablish contact with us. Statements will not be mailed if you are receiving paper statements, except as required by law, in order to protect your funds, if we have deemed your account to be dormant, we may refuse to pay items drawn on or payable from the account until you have reestablished contact with us. After your account has been dormant for a certain period of time, as determined by state law, we will transfer the balance in your account to the state as abandoned property. Once your funds are surrendered, we no longer have any liability or responsibility with respect to the funds.

## Account Transfer

Your accounts may not be transferred or assigned by you without our prior written consent. We may transfer your account to another depository institution at any time without your consent and without prior notice to you, except as required by law.

## Amendments and Termination

We may change any term of this Deposit Agreement at any time upon reasonable notice to you in writing or by any other method permitted by Georgia law. Rules governing changes in interest rates are provided separately.

We may also close your account at any time upon reasonable notice to you and by delivering the account balance to you. If we believe that it is necessary to close your account immediately in order to limit losses by you or us, we may close your account prior to providing notice to you. Notice from us to any one of you is notice to all of you.

## Third-Party Account Aggregators

Some of our deposit account and loan customers are using the services of third parties to obtain information on their deposit accounts and loans with us and to conduct transactions on them. This paragraph describes your use of, and your liability in connection with, Third-Party Account Aggregators. Third-Party Account Aggregators are not affiliated with us. If you choose to use the services of a Third-Party Account Aggregator, you assume all risks inherent in disclosing your passwords or PINs to a third party. We have no responsibility for any use or misuse of your account data by any third party to whom you have provided your account information, passwords, or PINs. This means, among other things, that you are liable for all transactions conducted by the Third-Party Account Aggregator on your behalf or with the use of your personal passwords or PINs. In addition, we cannot ensure the accuracy of information provided to you by a Third-Party Account Aggregator, and we cannot guarantee the ability of the Third-Party Account Aggregator to perform any type of banking transaction on your behalf, including, but not limited to, verification of credits and debits, transfers of funds, and bill payments. If you experience any problems with a Third-Party Account Aggregator to whom you provided your account information, you must resolve the problem directly with that Third-Party Account Aggregator. We cannot accept responsibility for any losses, damages, or fees assessed by another company or institution caused by the involvement of a Third-Party Account Aggregator.

## Conflicting Demands and Disputes; Right to Freeze or Interplead

We are not required to make payment from an account to a depositor, or to any trust account or Payable On Death (POD) account beneficiary or payee, or to any other person claiming an interest in any funds in the account if we have actual knowledge of, or otherwise believe there may be, a dispute between the depositors, beneficiaries, payees, or other persons concerning their rights to the account proceeds. In such cases, we may, without liability, notify all depositors, beneficiaries, payees, or other persons claiming an interest in the account of the dispute. We also may, at our option and without liability, refuse to disburse any funds in the account to any person until such time as any of the following occurs:

1. All depositors, beneficiaries, payees, and/or other persons claiming an interest in the account have consented in writing to the requested payment.

2. The payment is authorized or directed by a court of competent jurisdiction.

3. The party with a conflicting claim has withdrawn his or her claim in writing.

4. We have proof satisfactory to us in our sole discretion by us that the dispute has been resolved.

In any case, we may, at our option and without liability, pay or permit withdrawal of any funds on deposit in an account to a depositor or agent of a depositor or trust, to a POD account beneficiary or payee, or to another person claiming an interest in the account, even when we have knowledge of a dispute, if the adverse claimant provides suitable security and indemnification to us (as determined at our sole discretion).

If at any time we believe that your account may be subject to fraudulent or illegal activity, we may, at our discretion, freeze the funds in the account until such time as we are able to complete our investigation of the account and transactions. If we do freeze your account funds, we will provide notice to you as soon as reasonably possible. We may not provide this notice to you prior to freezing the account if we believe that advance notice could result in a security risk to us or to the owner of the account funds.

## Set Off

If you ever owe us money in any capacity and it becomes due, we have the right of set off under law and under this Deposit Agreement to use the money from any of your accounts with us to pay the debt. We may, without prior notice and when permitted by law, set off the funds in your accounts against any due and payable debt you owe us now or in the future. We may use the money from your accounts to pay the debt even if our withdrawal of the money from your accounts results in a loss of interest, an interest penalty, or dishonor of checks. We may use the money in any of your accounts with us to reimburse us for amounts owed to us by you, whether that amount is owed with respect to your deposit transactions with us, your loan transactions with us, or otherwise. In the case of a partnership or joint account, each partner or joint owner of the account agrees that we may use the money in the partnership or joint account to satisfy any one of their individual obligations to us. Similarly, each partner or joint owner agrees that we may use the money in his or her individual accounts to satisfy obligations in the joint account or partnership account.

This right of set off does not apply to an account if: (1) it is an IRA or other tax-deferred retirement account; or (2) the debt is created by a consumer credit transaction under a credit card plan (but this does not affect our rights under any consensual security interest; or (3) the debtor's right of withdrawal only arises in a representative capacity. We will not be liable for the dishonor of any check when the dishonor occurs because we set off a debt against the account. You shall indemnify us in connection with our exercise of our right of set off. You hereby grant to us a security interest in each account you establish with us to secure your obligation to us.

## Liability

By using any account, you agree for yourself (and for the person or entity you represent, if you sign as a representative of another) to the terms of this Deposit Agreement, as amended from time to time. You authorize us to deduct directly from your account balance all fees and charges referenced in this Deposit Agreement and the Fee Schedule, as well as any fees and charges otherwise disclosed to you. You also agree to pay upon demand any other fees and charges for services.

You agree to be jointly and severally liable for any account shortage resulting from charges or overdrafts, whether caused by you or another with access to the account. This liability is due immediately and can be deducted directly from your account balance whenever sufficient funds are available or may be set off against other funds you may have on deposit with us (refer to the "Set Off" section above for additional information). You have no right to defer payment of this liability, and you are liable regardless of whether you signed the item, requested the debit or withdrawal, or benefited from the charge or overdraft. Your liability includes our costs to collect any account deficit, also including, to the extent permitted by law, our attorney's fees.

## Limit of Liability

The amount of any claim you have against us in connection with any account or banking transaction with us, whether brought as a warranty, negligence, wrongful dishonor, or other action, is subject to reduction on the basis of failure on your part (or on the part of your agents) to use reasonable care. OUR LIABILITY (IF ANY) WITH RESPECT TO SUCH CLAIM WILL BE LIMITED TO THE FACE VALUE OF AN ITEM IMPROPERLY DISHONORED OR THE ACTUAL VALUE OF ANY DEPOSITS NOT PROPERLY CREDITED.

12

13



FILED

JUL 3 1 2006

BUD GREEN
CIRCUIT CLERK

AND EXCEPT AS OTHERWISE PROVIDED BY LAW, WE SHALL HAVE NO LIABILITY FOR CONSEQUENTIAL, SPECIAL, INCIDENTAL, OR PUNITIVE DAMAGES.

## Legal Actions Affecting Your Account

If we are served with a subpoena, restraining order, writ of attachment or execution, levy, garnishment, search warrant, or similar order relating to your account (termed "legal action" in this section), we will comply with that legal action. In these cases, we will not have any liability to you if there are insufficient funds to pay your items because we have withdrawn funds from your account or in any way restricted access to your funds in accordance with the legal action. Any fees or expenses we incur in responding to any legal action (including, but not limited to, attorney's fees and our internal expenses) may be charged against your account. The Fee Schedule may specify additional fees that we may charge for certain legal actions.

## Credit Verification; Consumer Reports

By requesting to open an account with us or add a new service to an existing account (e.g., VISA® Check card or Checking Overdraft Protection), agreeing to be a signer on an account, or obtaining any other service from us, you (and, if acting in a representative capacity, individually for such entity) authorize us to obtain credit and employment information by any means, including obtaining information from check or credit-reporting agencies and/or from other sources. You also authorize us to obtain consumer reports on any of you from time to time in the future when updating, renewing, or extending your account. We may do so at the time you open your account, at any time while your account is open, or after your account is closed if you owe us any amount related to your account. Upon your request and if we are unable to grant your request for a new or additional product due to information contained in your consumer report, we will notify you whether we obtained a consumer report, and with the names and addresses of any consumer-reporting agency that provided such reports.

## Backup Withholding/TIN Certification

Federal tax law may require us to report to the Internal Revenue Service (IRS) interest and certain other payments we make to you from time to time, and to include your Taxpayer Identification Number (TIN) on the report (generally, your TIN is your Social Security Number if you are an individual). Therefore, we require you to provide us with your TIN and to certify that it is correct. We do not perform backup withholding. Should we receive notification from the IRS that your account is subject to backup withholding, we will debit your account and remit any funds due to the IRS as required by the backup withholding rules. In addition, at our option, we may close your account. If we close your account, we will notify you in writing and any remaining funds will be remitted to you.

## Resolving Disputes

If you or we request, any controversy or claim ("controversy") concerning your deposit account relationship with us, including any claim based on or arising from an alleged tort, will be determined by arbitration, reference, or trial by a judge as provided below. A controversy that involves an amount in dispute of less than $1 million shall be determined by arbitration as described below. Any other controversy shall be determined by judicial reference of the controversy to a referee appointed by the court. If the court where the controversy is venued lacks the power to appoint a referee, then the controversy shall be determined by trial by a judge without a jury, as described below. The arbitration, judicial reference, or trial by a judge will take place on an individual basis without resort to any form of class action.

WHETHER THE CONTROVERSY IS DECIDED BY ARBITRATION, BY JUDICIAL REFERENCE, OR BY TRIAL BY A JUDGE, YOU ACKNOWLEDGE THAT: (1) YOU AND WE ARE GIVING UP THE RIGHT TO TRIAL BY JURY, AND THERE WILL BE NO JURY; AND (2) THIS SECTION PRECLUDES YOU AND US FROM HAVING THE RIGHT TO PARTICIPATE OR BE REPRESENTED IN ANY FORM OF CLASS ACTION OR ANY OTHER LITIGATION FILED IN COURT BY OTHERS. No claim submitted to arbitration is heard by a jury, and no claim may be brought as a class action or as a private attorney general.

Arbitration - Since this Deposit Agreement touches and concerns interstate commerce, an arbitration under this Deposit Agreement will be conducted in accordance with the Federal Arbitration Act and Title 9 of the United States Code, notwithstanding any choice of law provision in this Deposit Agreement. Arbitration, including selection of an arbitrator, will be conducted in accordance with the expedited procedures of the Commercial Financial Disputes Arbitration Rules of the American Arbitration Association (AAA) and Title 9 of the United States Code. The arbitrator(s) will follow the law and will give effect to statutes of limitation or statutory or contractual conditions precedent in determining any claim. Any controversy concerning whether an issue is arbitrable will be determined by the arbitrator. The award of the arbitrator will be in writing and include a statement of reasons for the award. The award will be final. Judgment upon the award may be entered in any court having jurisdiction, and no challenge to entry of judgment upon the award will be entertained except as provided by Section 10 of the Federal Arbitration Act or upon a finding of manifest injustice.

Judicial Reference or Trial by a Judge - If you or we request, any controversy concerning your deposit account relationship with us that is not submitted to arbitration as provided above will be determined by reference to a referee appointed by the court who, sitting alone and without a jury, will decide all questions of law and fact. The referee will be an active attorney or retired judge, if the court where the controversy is venued lacks the power to appoint a referee, the controversy instead will be decided by trial by a judge without a jury.

Self-Help and Provisional Remedies - Either you or we may exercise self-help remedies such as set off or obtain provisional or ancillary remedies from a court of competent jurisdiction before, after, or during the pendency of any arbitration or reference. Neither the obtaining nor the exercise of any such remedy will waive the right of either party to demand that the related or any other controversy be determined by arbitration or reference as provided above.

Jurisdiction and Venue - Any arbitration, lawsuit, or other proceeding regarding your account shall be brought exclusively in the state of Georgia, and you submit to the personal jurisdiction of that state.

Attorney's Fees -- In any action or proceeding to enforce or which otherwise concerns this Deposit Agreement, the prevailing party shall recover reasonable attorney's fees from the losing party. The arbitrators shall have the authority to award attorney's fees as provided herein.

14

15

FILED

JUL 3 1 2006

BUD GREEN
CIRCUIT CLERK

## Funds Availability Policy

Our policy is to make funds from your cash and check deposits, other than non-proprietary Automated Teller Machine (ATM) deposits, available to you on the first business day after the day we receive your deposit (longer delays may apply; see below). Electronic direct deposits will be available on the day we receive the deposit. Once the funds are available, you can withdraw the funds, and we will use the funds to pay checks that you have written.

If you initiate a wire or Automated Clearing House (ACH) transfer from your account at another bank to your NetBank account (called "ACH debit transfers"), the funds transferred in this way to your NetBank account will be available on the first business day after the day we receive the deposit, at which time you may withdraw the funds in cash, and we will use them to pay checks you have written. However, the funds that you transfer by wire or ACH to your NetBank account from your account at another bank cannot be wired out of your NetBank account to a non-NetBank account until the third business day after the day we receive the deposit.

Please remember that even after we have made funds available to you and you have withdrawn the funds, you are still responsible for checks you deposit that are returned to us unpaid or for which claims are asserted after final settlement for the particular item has occurred.

For determining the availability of your deposits, every day is a business day, except Saturdays, Sundays, and federal holidays. If you make a deposit before 2:00 PM (ET) on a business day that we are open, we will consider that day to be the day of your deposit. However, if you make a deposit after 2:00 PM (ET) or on a day we are not open, we will consider that the deposit was made on the next business day we are open.

## NON-PROPRIETARY ATM DEPOSITS

Funds from any deposits (cash or checks) made at ATMs we do not own or operate will not be available until the fifth business day after the day of your deposit (longer delays may apply; see below). We will make $100 available 1 business day after the applicable cut-off time for that ATM, unless exception holds are applied. Please note that ATM deposit services are not available for new customers during the initial 120 days. For deposits at ATMs, cut-off times vary according to the financial institution that operates the ATM. Deposits made after the applicable cut-off time will be considered made on the next business day that NetBank is open. NetBank does not establish the cut-off times for ATMs operated by other institutions. However, signs may be posted on ATMs that clearly state the ATM cut-off time. If the time is not posted, in general, make your deposit before noon Monday through Friday (excluding federal holidays), and the deposit will likely be processed that day and treated as if made on that day. In general, if you deposit after noon Monday through Friday, on a weekend or on a federal holiday, your deposit will be treated as if the deposit were made the following business day. Currently, NetBank owns and operates one deposit-taking ATM that is available to the public. Such an ATM is located at our main office in Alpharetta, Georgia.

## LONGER DELAYS MAY APPLY

Case-by-Case Delays - In some cases, we will not make all of the funds that you deposit by check available to you on the first business day after the day of your deposit. Depending on the type of check that you deposit, funds may not be available until the fifth business day after the day of your deposit. The first $100 of your deposits, however, may be available on the first business day.

If we will not be making all of the funds from your deposit available on the first business day, we will notify you by U.S. Postal Service or electronic mail by the day after we receive your deposit. We will also notify you when the funds will be available.

If you will need the funds from a deposit immediately, you should ask us when the funds will be available.

Safeguard Exceptions - In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:

- We believe a check you deposit will not be paid.
- You deposit checks totaling more than $5,000 on any one day.
- You redeposit a check that has been returned unpaid.
- You have overdrawn your account repeatedly in the last 6 months.
- There is an emergency, such as failure of computer or communications equipment.

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will communicate to you when the funds will be available. They will generally be available no later than the eleventh business day after the day of your deposit.

## SPECIAL RULES FOR NEW ACCOUNTS

If you are a new customer, the following special rules apply during the first 30 days your account is open. An account is considered open when the first deposit is made to the account.

Funds from electronic direct deposits to your account will be available on the day we receive the deposit. Funds from deposits of cash, wire transfers, and the first $5,000 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks and U.S. Postal Service Money Orders will be available on the first business day after the day of your deposit. The excess over $5,000 will be available on the ninth business day after the day of your deposit. Funds from all other check deposits will be available on the eleventh business day after the day of your deposit.

16

17

FILED

JUL 3 1 2006

BUD GREEN
CIRCUIT CLERK



## Electronic Funds Transfers

### Your Rights and Responsibilities

Indicated below are types of Electronic Funds Transfers we are capable of handling, some of which may not apply to your account. Please read this disclosure carefully because it communicates your rights and obligations for the transactions listed. You should keep this notice for future reference.

**Preauthorized Credits** - You may make arrangements for certain direct deposits such as from the U.S. Treasury (Social Security) or some employers (payroll) to be accepted into your checking or money market accounts.

**Preauthorized Payments** - You may make arrangements to pay certain recurring bills from your checking or money market accounts.

**Access 24 Telephone Transfers** - types of transfers - You may access your account by telephone 24 hours a day at 1-888-BKONWEB (256-6932) in order to:

- Transfer funds from checking to checking.
- Transfer funds from checking to money market.
- Transfer funds from money market to money market.
- Transfer funds from money market to checking.
- Make payments from checking to loan accounts with us.
- Make payments from money market to loan accounts with us.
- Get information about:
  - The account balance of checking account.
  - The last 5 deposits to checking account.
  - The last 5 withdrawals from checking account.
  - The account balance of money market account.
  - The last 5 deposits to money market account.
  - The last 5 withdrawals from money market account.
  - CDs, loan balances, line of credit balances, interest rates, maturity dates, or changing PIN for voice response system.

**ATM Transfers - AFFN, CU24, MasterCard®/Cirrus®, NYCE®, PULSE®, and STAR® Networks** - types of transfers and dollar limitations - You may access your account(s) by ATM using your NetBank ATM Card and PIN, or VISA® Check Card and PIN to:

- Get cash withdrawals from checking accounts with an ATM Card.
  - You may withdraw no more than $500 per day.
- Get cash withdrawals from checking account with a VISA Check Card.
  - You may withdraw no more than $1,000 per day in any combination of ATM debit or point-of-sale (cash back) transactions.
- Get cash withdrawals from money market accounts with an ATM Card.
  - You may withdraw no more than $500 per day.
- Transfer funds from checking to checking accounts with an ATM Card.
- Transfer funds from checking to checking accounts with a VISA Check Card.
- Transfer funds from checking to money market accounts with an ATM Card.
- Transfer funds from checking to money market accounts with a VISA Check Card.
- Transfer funds from money market to checking with an ATM Card.
- Transfer funds from money market to checking with a VISA Check Card.
- Get information about:
  - The account balance of your checking accounts with an ATM Card or with a VISA Check Card.
  - The account balance of your money market accounts with an ATM Card or with a VISA Check Card.

Some of these services may not be available at all terminals.

Please also see Limitation on Frequency of Transfers section regarding limitations that apply to ATM transfers.

**Types of Point-of-Sale Transactions** - You may access your checking account to purchase goods (in person, online, or by phone), pay for services (in person, online, or by phone), get cash from a merchant, if the merchant permits, or from a participating financial institution, and do anything that you can do with a credit card (that a participating merchant will accept with a credit card).

**Point-of-Sale Transactions - dollar limitations - Using your card:**

- You may not exceed $500 in transactions per day with an ATM Card or $1,000 per day with a VISA Check Card.

**Internet Banking Computer Transfers - types of transfers - You may access your account by computer using your User ID, your password, and internet access to www.netbank.com to:**

- Transfer funds from checking to checking.
- Transfer funds from checking to money market.
- Transfer funds from money market to money market.
- Transfer funds from money market to checking.
- Make payments from checking to third parties.
- Get information about:
  - The account balance of checking accounts.
  - Checking account transactions for the last 90 days.
  - Interest accrued to checking accounts.
  - The account balance of money market accounts.
  - Money market account transactions for the last 90 days.
  - Interest accrued to money market accounts.
  - The account balance of CD accounts.
  - Interest accrued to CD accounts.

**Limitations on Frequency of Transfers** - In addition to those limitations on transfers elsewhere described, if any, for security reasons, there are other limits on the number of transfers you can make by ATM.

### FEES

- We do not charge for direct deposits to any type of account. Please refer to a separate fee schedule for additional information about fees. Except as indicated elsewhere, we do not charge for these electronic fund transfers.

**ATM Surcharges** - When you use an ATM not owned by us, you may be charged a fee by the ATM operator or any network used to complete the transfer, and you may be charged a fee for a balance inquiry.

### DOCUMENTATION

- **Terminal transfers.** You can get a receipt at the time you make any transfer to or from your account using participating network ATMs or point-of-sale terminals.
- **Preauthorized credits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at 1-888-BKONWEB (256-6932) or access online at www.netbank.com to confirm whether or not the deposit has been made.
- **Periodic statements.** You can access an electronic monthly account statement (or receive a mailed statement if you choose paper) from us for your checking and money market accounts. You will get a quarterly account statement from us for your CD accounts.

### PREAUTHORIZED PAYMENTS

- **Right to stop payment and procedure** for doing so. If you have told us in advance to make regular payments out of your account, you can stop any of these payments. To do so, call or write us at the telephone number or address listed in this brochure in time for us to receive your request 3 business days or more before the payment is scheduled to be made. If you call, we may also require you to put your request in writing and get it to us within 14 days after you call. Please refer to our separate fee schedule for the amount we will charge you for each stop payment order you give.
- **Notice of varying amounts.** If these regular payments may vary in amount, the person you are paying will tell you, 10 days before each payment, when it will be made and the amount. (You may choose instead to receive this notice only when the payment would differ by more than a certain amount from the previous payment, or when the amount would fall outside certain limits that you set.)
- **Liability for failure to stop payment** of preauthorized transfer. If you order us to stop 1 of these payments 3 business days or more before the transfer is scheduled and we do not do so, we will be liable for your losses or damages.



FILED

JUL 3 1 2006

BUD GREEN
CIRCUIT CLERK

## FINANCIAL INSTITUTION'S LIABILITY

Liability for failure to make transfers. If we do not complete a transfer to or from your account on time or in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. We will not be liable, for instance:

- If, through no fault of ours, you do not have sufficient funds in your account to make the transfer.
- If you have an overdraft line and the transfer would go over the credit limit.
- If the ATM where you are making the transfer does not have enough cash.
- If the terminal or system was not working properly and you knew about the breakdown when you started the transfer.
- If circumstances beyond our control (such as fire or flood) prevent the transfer, despite reasonable precautions that we have taken.

There may be other exceptions stated in our agreement with you.

## CONFIDENTIALITY

We will disclose information to third parties about your account or the transfers you make in any of the following instances:

- Where it is necessary for completing transfers; or
- In order to verify the existence and condition of your account for a third party, such as a credit bureau or merchant; or
- In order to comply with government agency or court orders; or
- If you give us written permission.

Please refer to our "Customer Privacy Policy" (included in this booklet) for a complete explanation of the circumstances in which we might disclose your information to third parties.

## UNAUTHORIZED TRANSFERS

(a) Consumer liability.

- Tell us IMMEDIATELY if you suspect your card or code has been lost or stolen. The best way to minimize your possible losses is by calling us anytime at 1-888-BKONWEB (256-6932). If you notify us within 2 business days after you learn of the loss or theft, you can lose no more than $50 if someone used your card or code without your permission.

  If you do NOT notify us within 2 business days after you learn of the loss or theft of your card or code, and we can prove we could have stopped someone from using your card or code without your permission if you had told us, you could lose as much as $500.

  Also, if your statement shows transfers that you did not make, tell us immediately. If you do not tell us within 60 days after the statement was mailed to you, you may not get back any money you lost after the 60 days if we can prove that we could have stopped someone from taking the money if you had told us in time.

  If a good reason (such as a long trip or hospital stay) kept you from telling us, we will extend the time periods.

- *Additional Limit on Liability for Visa® Check Card.* Unless you have been grossly negligent or have engaged in fraud, you will not be liable for any unauthorized transactions using your lost or stolen Visa® Check Card. This additional limit on liability does not apply to ATM transactions, to transactions using your PIN which are not processed by Visa, or to commercial cards.

(b) Contact in event of unauthorized transfer.

If you believe your card and/or code have been lost or stolen, or that someone has transferred or may transfer money from your account without your permission, call or write us at the telephone number or address listed in this brochure.

## ERROR RESOLUTION NOTICE

In Case of Errors or Questions About Your Electronic Transfers. If you believe your statement or receipt is wrong, call or write us at the telephone number or address listed in this brochure as soon as you can. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account was opened.

We will communicate to you the results within 3 business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

NetBank
P.O. Box 2368
Alpharetta, Georgia 30023-2368
Attention: Card Services Department

Business Days:
Mondays through Fridays, excluding federal holidays
8:00 AM - 5:00 PM (ET)

Customer Service Available 24 hours a day, 7 days a week
Phone: 1-888-BKONWEB (256-6932)

## Notice of ATM User Precautions

As with all financial transactions, please exercise discretion when using an ATM. For your own safety, be careful. The following suggestions may be helpful.

1. Prepare for your transactions at home to minimize your time at the ATM.
2. Mark each transaction in your account record, but not while at the ATM.
3. Always save your ATM receipts. Don't leave them at the ATM because they may contain important account information.
4. Compare your records with the account statements you receive.
5. Don't lend your ATM card to anyone.
6. Be certain to not leave your card at the ATM.
7. Protect the secrecy of your PIN. Protect your ATM card as though it were cash. Don't tell anyone your PIN. Don't give anyone information regarding your ATM card or PIN over the telephone. Don't write your PIN where it can be discovered. For example, don't keep a note of your PIN in your wallet or purse.
8. Prevent others from seeing you enter your PIN by using your body to shield their view.
9. If you lose your ATM card or if it is stolen, promptly notify us. You should consult the other disclosures you have received about electronic funds transfers for additional information about what to do if your card is lost or stolen.
10. When you make a transaction, be aware of your surroundings. Look for suspicious activity near the ATM, particularly if it is after sunset. At night, be sure that the facility (including the parking area and walkways) is well lighted. Consider having someone accompany you when you use the facility, especially after sunset. If you observe any problem, go to another ATM.
11. Don't accept assistance from anyone you don't know when using an ATM.
12. If you notice anything suspicious or if any other problem arises after you have begun an ATM transaction, you may want to cancel the transaction, pocket your card, and leave. Consider using another ATM or returning later.
13. Don't display your cash; pocket it as soon as the ATM transaction is completed and count the cash later when you are in the safety of your own car, home, or other secure surroundings.
14. At a drive-up facility, make sure all the car doors are locked and all of the windows are up, except the driver's window. Keep the engine running and remain alert to your surroundings.
15. We want the ATM to be safe and convenient for you. Therefore, please tell us if you know of any problem with a facility. For instance, let us know if a light is not working or if there is any damage to a facility. Please report any suspicious activity or crimes to both the operator of the facility and the local law enforcement officials immediately.

FILED

JUL 3 1 2006

BUD GREEN
CIRCUIT CLERK

**Suspicious or Fraudulent Activity**

If you notice suspicious or fraudulent activity on your account, contact our Customer Security Department at 1-888-8KOHWEB (256-8932) to advise us of the nature of the transactions. If necessary, we can restrict access to your account, change your account password, issue new ATM and/or debit cards, or close your account if there is evidence that your account has been the target of criminal activity. Below are some other steps you should take to protect your accounts.

Contact the fraud department of each of the 3 major credit bureaus to report the identity theft and request that the credit bureaus place a fraud alert and a victim's statement in your file. The fraud alert puts creditors on notice that you have been the victim of fraud, and the victim's statement asks them to not open additional accounts without first contacting you.

The following are the telephone numbers for the fraud departments of the 3 national credit bureaus:

    TransUnion: 1-800-680-7289
    Equifax: 1-800-525-6285
    Experian: 1-888-397-3742

You may request a free copy of your credit report. Credit bureaus must provide a free copy of your report if you have reason to believe the report is inaccurate because of fraud and you submit a request in writing.

Review your report to make sure no additional fraudulent accounts have been opened in your name or that no unauthorized changes have been made to your existing accounts. Check the section of your report that lists "inquiries," and request that any inquiries from companies that opened the fraudulent accounts be removed.

Contact any creditor where you have an account that you believe may be the subject of identity theft. Advise them of the identity theft. Request that they restrict access to your account, change your account password, or close your account if there is evidence that your account has been the target of criminal activity.

File a report with your local police department.

**Online Bill Payment Terms and Conditions**

**Service Definitions**

"Agreement" means these Terms and Conditions of the bill payment service.

"Billing Account" is the checking account from which all Service fees will be automatically debited.

"Business Day" is every Monday through Friday, excluding Federal Reserve holidays.

"Due Date" is the date reflected on your Payee statement for which the payment is due. It is not the late date or grace period.

"Payee" is the person or entity to which you request a bill payment to be directed or is the person or entity from which you receive electronic bills, as the case may be.

"Payment Instruction" is the information provided by you to the Service for a bill payment to be made to the Payee (such as, but not limited to, Payee name, Payee account number, and Scheduled Payment Date). Payment Instructions provided to the Service after 12:59 AM (ET) on a Business Day, or any time on a non-Business Day, will be considered provided to the Service the next Business Day.

"Payment Account" is the checking account from which bill payments will be debited.

"Scheduled Payment" is a payment that has been scheduled through the Service but has not begun processing.

"Scheduled Payment Date" is the day your Payment Account will be debited and is also the day the Service will begin processing your payment, unless the Scheduled Payment Date falls on a non-Business Day in which case it will be considered to be the next Business Day.

"Service" means the Online Bill Payment Service offered by NetBank.

**Payment Scheduling**

Transactions begin processing on your Scheduled Payment Date and will arrive approximately five (5) Business Days after the Scheduled Payment Date. When scheduling payments, you must select a Scheduled Payment Date that is no fewer than five (5) Business Days before the actual Due Date, not the late date or the grace period.

**The Service Guarantee**

Due to circumstances beyond the control of the Service, particularly delays in handling and posting payments by Payees or financial institutions, some transactions may take longer to be credited to your account. The Service will bear responsibility for any late payment related charges up to $50.00 should a payment post after its Due Date as long as the payment was scheduled in accordance with the guidelines described under "Payment Scheduling" in this Agreement.

**Payment Authorization And Payment Remittance**

By providing the Service with names and account information of Payees to whom you request us to direct payments, you authorize the Service to follow the Payment Instructions that it receives through the payment system. In order to process payments more efficiently and effectively, the Service may edit or alter payment data or data formats in accordance with Payee directives.

When the Service receives a Payment Instruction, you authorize the Service to debit your Payment Account and remit funds on your behalf so that the funds arrive as soon as reasonably possible after the Scheduled Payment Date designated by you. You also authorize the Service to credit your Payment Account for payments returned to the Service by the United States Postal Service or Payee, or payments remitted to you on behalf of another authorized user of the Service.

The Service will use its best efforts to make all your payments properly. However, the Service will incur no liability and any Service Guarantee will be void if the Service is unable to complete any payments initiated by you because of the existence of any one or more of the following circumstances:

1. If, through no fault of the Service, your Payment Account does not contain sufficient funds to complete the transaction or the transaction would exceed the credit limit of your overdraft account;

2. The payment processing center is not working properly and you know or have been advised by the Service about the malfunction before you execute the transaction;

3. You have not provided the Service with the correct Payment Account information, or the correct name, address, phone number, or account information for the Payee;

4. Circumstances beyond control of the Service (such as, but not limited to, fire, flood, or interference from an outside force) prevent the proper execution of the transaction and the Service has taken reasonable precautions to avoid those circumstances.

Provided none of the foregoing exceptions are applicable, if the Service causes an incorrect amount of funds to be removed from your Payment Account or causes funds from your Payment Account to be directed to a Payee that does not comply with your Payment Instructions, the Service will

22

23



FILED

JUL 3 1 2006

BUD GREEN
CIRCUIT CLERK

be responsible for returning the improperly transferred funds to your Payment Account, and for directing to the proper Payee any previously misdirected transactions, and, if applicable, for any late payment related charges.

**Payment Methods**

The Service reserves the right to select the method in which to remit funds on your behalf to your Payee. These payment methods may include, but may not be limited to, an electronic payment or an electronic to check payment.

**Payment Cancellation Requests**

You may cancel or edit any Scheduled Payment (including recurring payments) by following the directions within the application. There is no charge for canceling or editing a Scheduled Payment. Once the Service has begun processing a payment it cannot be cancelled or edited; therefore, a stop payment request must be submitted.

**Stop Payment Requests**

The Service's ability to process a stop payment request will depend on the payment method and whether or not a check has cleared. The Service may also not have a reasonable opportunity to act on any stop payment request after a payment has been processed. If you desire to stop any payment that has already been processed, you must contact Customer Service. Although the Service will make every effort to accommodate your request, the Service will have no liability for failing to do so. The Service will not have liability for any third party charges that may be incurred. The Service may also require you to present your request in writing within fourteen (14) days. The charge for each stop payment request will be the current charge for such service as set out in the applicable fee schedule.

**Prohibited Payments**

Payments to Payees outside of the United States or its territories are prohibited through the Service.

**Exception Payments**

Tax payments and court ordered payments may be scheduled through the Service; however, such payments are discouraged and must be scheduled at your own risk. In no event will the Service be liable for any claims or damages resulting from your scheduling of these types of payments. The Service Guarantee as it applies to any late payment related charges is void when these types of payments are scheduled and/or processed by the Service. The Service has no obligation to research or resolve any claim resulting from an exception payment. All research and resolution for any misapplied, mis-posted or misdirected payments will be the sole responsibility of you and not of the Service.

**Bill Delivery And Presentment**

This feature is for the presentment of electronic bills only and it is your sole responsibility to contact your Payees directly if you do not receive your statements. In addition, if you elect to activate one of the Service's electronic bill options, you also agree to the following:

Information provided to the Payee – The Service is unable to update or change your personal information, such as, but not limited to, name, address, phone numbers and e-mail addresses, with the electronic Payee. Any changes will need to be made by contacting the Payee directly. Additionally, it is your responsibility to maintain all usernames and passwords for all electronic Payee sites. You also agree not to use someone else's information to gain unauthorized access to another person's bill.

Activation – Upon activation of the electronic bill feature, the Service may notify the Payee of your request to receive electronic billing information. The presentment of your first electronic bill may vary from Payee to Payee and may take up to sixty (60) days, depending on the billing cycle of each Payee. Additionally, the ability to receive a paper copy of your statement(s) is at the sole discretion of the Payee. While your electronic bill feature is being activated, it is your responsibility to keep your accounts current. Each electronic Payee reserves the right to accept or deny your request to receive electronic bills.

Notification – The Service will use its best efforts to present all of your electronic bills promptly. In addition to notification within the Service, the Service may send an e-mail notification to the e-mail address listed for your account. It is your sole responsibility to ensure that this information is accurate. In the event you do not receive notification, it is your responsibility to periodically logon to the Service and check on the delivery of new electronic bills. The time for notification may vary from Payee to Payee. You are responsible for ensuring timely payment of all bills.

Cancellation of electronic bill notification – The electronic Payee reserves the right to cancel the presentment of electronic bills at any time. You may cancel electronic bill presentment at any time. The timeframe for cancellation of your electronic bill presentment may vary from Payee to Payee. It may take up to sixty (60) days from the date of the original notice of cancellation of electronic bill presentment, depending on the billing cycle of each Payee. The Service will notify your electronic Payee(s) as to the change in status of your account and it is your sole responsibility to make arrangements for an alternative form of bill delivery. The Service will not be responsible for presenting any electronic bills that are already in process at the time of cancellation.

Non-Delivery of electronic bill(s) – You agree to hold the Service harmless should the Payee fail to

24

deliver your statement(s). YOU ARE RESPONSIBLE FOR ENSURING TIMELY PAYMENT OF ALL BILLS. Copies of previously delivered bills must be requested from the Payee directly.

Accuracy and dispute of electronic bill – The Service is not responsible for the accuracy of your electronic bill(s). The Service is responsible only for presenting the information we receive from the Payee. Any discrepancies or disputes regarding the accuracy of your electronic bill summary or detail must be addressed with the Payee directly.

This Agreement does not alter your liability or obligations that currently exist between you and your Payees.

**Exclusions of Warranties**

THE SERVICE AND RELATED DOCUMENTATION ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

**Password and Security**

You agree not to give or enable another person your password or other means to access your account to any unauthorized individuals. You are responsible for all payments authorized through your account using the service. If you permit other persons to use the Service or your password or other means to access your account, you are responsible for any transactions they authorize. If you believe that your password or other means to access your account has been lost or stolen or that someone may attempt to use the Service without your consent or has transferred money without your permission, you must notify the Service at once by calling 1-888-5KONWEB (256-6932).

**Your Liability for Unauthorized Transfers**

If you tell us within two (2) business days after you discover your password or other means to access your account has been lost or stolen, your liability is no more than $50.00 should someone access your account without your permission. If you do not communicate this to us within two (2) Business Days after you learn of such loss or theft, and we can prove that we could have prevented the unauthorized use of your password or other means to access your account if you had told us, you could be liable for as much as $500.00. If your monthly financial institution statement contains transfers that you did not authorize, you must communicate this to us at once. If you do not communicate this to us within sixty (60) days after the statement was sent to you, you may lose any amount transferred without your authorization after the sixty (60) days if we can prove that we could have stopped someone from taking the money had you communicated this to us in time. If a good reason (such as a long trip or hospital stay) prevented you from telling us, we may extend this period.

**Errors and Questions**

In case of errors or questions about your transactions, you should as soon as possible notify us via one of the following:

1. Telephone us at 1-888-5KONWEB (256-6932) during customer service hours;
2. Contact us by using the secure bank's Bank Mail feature; and/or,
3. Write us at:

   NetBank
   P.O. Box 2368
   Alpharetta, GA 30023 – 2368
   Attention: Bill Payment Department

If you believe your statement is incorrect or you need more information about a Service transaction listed on the statement, we must hear from you no later than sixty (60) days after the FIRST statement was sent to you on which the problem or error appears. You must:

1. Tell us your name and Service account number;
2. Describe the error or the transaction question, and explain as clearly as possible why you believe it is an error or why you need more information; and,
3. Tell us the dollar amount of the suspected error.

If you notify us verbally, we may require that you send us your complaint in writing within ten (10) Business Days after your verbal notification. We will tell you the results of our investigation within ten (10) Business Days after we hear from you and will correct any error promptly. However, if we require more time to confirm the nature of your complaint or question, we reserve the right to take up to forty-five (45) days to complete our investigation. If we decide to do this, we will provisionally credit your Payment Account for the amount you believe is in error within ten (10) Business Days of your first contact. If we ask you to submit your complaint or question in writing and we do not receive it within ten (10) Business Days, we may not provisionally credit your Payment Account. If it is determined there was no error we will mail you a written explanation within three (3) Business Days after completion of our investigation. If your provisional credit will be reversed, our letter explaining the results of our investigation will include the date and amount of that reversal. You may ask for copies of documents used in our investigation. The Service may revoke any provisional credit provided to you if we find an error did not occur.

25



FILED

JUL 3 1 2006

BUD GREEN
CIRCUIT CLERK

**Services Fees and Additional Charges**

Any applicable fees are set forth in the applicable fee schedule in effect from time to time and will be charged regardless of whether the Service was used during the billing cycle. There may be a charge for additional transactions and other optional services. You agree to pay such charges and authorize the Service to deduct the calculated amount from your designated Billing Account for these amounts and any additional charges that may be incurred by you. Any financial fees associated with your standard deposit accounts will continue to apply. You are responsible for any and all telephone access fees and/or internet service fees that may be assessed by your telephone and/or internet service provider.

**Alterations and Amendments**

This Agreement, applicable fees and service charges may be altered or amended by the Service from time to time. In such event, the Service will provide notice to you. Any use of the Service after the Service provides you a notice of change will constitute your agreement to such change(s). Further, the Service may, from time to time, revise or update the applications, services, and/or related material, which may render all such prior versions obsolete. Consequently, the Service reserves the right to terminate this Agreement as to all such prior versions of the applications, services, and/or related material and limit access to only the Service's more recent revisions and updates.

**Address or Banking Changes**

It is your sole responsibility to ensure that the contact information in your user profile is current and accurate. This includes, but is not limited to, name, address, phone numbers and email addresses. Changes can be made either within the application or by contacting Customer Service. Any changes in your Payment Account should also be made in accordance with the procedures outlined within the application's Help files. All changes made are effective immediately for scheduled and future payments paid from the updated Payment Account information. The Service is not responsible for any payment processing errors or fees incurred if you do not provide accurate Payment Account or contact information.

**Service Termination, Cancellation, or Suspension**

In the event you wish to cancel the Service, you may have the ability to do so through the product, or you may contact customer service via one of the following:

1. Telephone us at 1-888-BKONWEB (256-6932) during customer service hours; and/or

2. Write us at:

    NetBank
    P.O. Box 2368
    Alpharetta, GA 30023 – 2368
    Attention: Bill Payment Department

Any payment(s) the Service has already processed before the requested cancellation date will be completed by the Service. All Scheduled Payments including recurring payments will not be processed once the Service is cancelled. The Service may terminate or suspend Service to you at any time. Neither termination nor suspension will affect your liability or obligations under this Agreement.

**Payee Limitation**

The Service reserves the right to refuse to pay any Payee to whom you may direct a payment. The Service will notify you promptly if it decides to refuse to pay a Payee designated by you. This notification is not required if you attempt to make a prohibited payment or an exception payment under this Agreement.

**Returned Payments**

In using the Service, you understand that Payees and/or the United States Postal Service may return payments to the Service for various reasons such as, but not limited to, Payee's forwarding address expired; Payee account number is not valid; Payee is unable to locate account; or Payee account is paid in full. The Service will use its best efforts to research and correct the returned payment and return it to your Payee, or void the payment and credit your Payment Account. You may receive notification from the Service.

**Information Authorization**

Your enrollment in the Service may not be fulfilled if the Service cannot verify your identity or other necessary information. Through your enrollment in the Service, you agree that the Service reserves the right to request a review of your credit rating at its own expense through an authorized bureau. In addition, you agree that the Service reserves the right to obtain financial information regarding your account from a Payee or your financial institution (for example, to resolve payment posting problems or for verification).

**Disputes**

In the event of a dispute regarding the Service, you and the Service agree to resolve the dispute by looking to this Agreement. You agree that this Agreement is the complete and exclusive statement of the agreement between you and the Service which supersedes any proposal or prior agree-

ment, oral or written, and any other communications between you and the Service relating to the subject matter of this Agreement. If there is a conflict between what an employee of the Service or Customer Service Department communicates and the terms of this Agreement, the terms of this Agreement will prevail.

**Assignment**

You may not assign this Agreement to any other party. The Service may assign this Agreement to any future, directly or indirectly, affiliated company. The Service may also assign or delegate certain of its rights and responsibilities under this Agreement to independent contractors or other third parties.

**No Waiver**

The Service will not be deemed to have waived any of its rights or remedies hereunder unless such waiver is in writing and signed by the Service. No delay or omission on the part of the Service in exercising any rights or remedies will operate as a waiver of such rights or remedies or any other rights or remedies. A waiver on any one occasion will not be construed as a bar or waiver of any rights or remedies on future occasions.

**Captions**

The captions of sections hereof are for convenience only and will not control or affect the meaning or construction of any of the provisions of this Agreement.

**Governing Law**

This Agreement will be governed by and construed in accordance with federal law and, to the extent not preempted by federal law, the laws of the State of Georgia, without regard to its conflicts of choice of laws principles.

THE FOREGOING WILL CONSTITUTE THE SERVICE'S ENTIRE LIABILITY AND YOUR EXCLUSIVE REMEDY. IN NO EVENT WILL THE SERVICE BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL, OR EXEMPLARY DAMAGES, INCLUDING LOST PROFITS (EVEN IF ADVISED OF THE POSSIBILITY THEREOF) ARISING IN ANY WAY OUT OF THE INSTALLATION, USE, OR MAINTENANCE OF THE EQUIPMENT, SOFTWARE, AND/OR THE SERVICE.

FILED

JUL 3 1 2006

BUD GREEN
CIRCUIT CLERK

## Funds Transfer Agreement and Disclosures

If you use our funds transfer service, the following terms and conditions shall govern all transactions for our acceptance and processing of your payment orders, credits, and related requests.

**1. Scope of Agreement.** Unless otherwise defined below, the terms used in this Funds Transfer Agreement and Disclosures ("Funds Transfer Agreement") shall have the same meaning as set forth in Article 4A of the Georgia UCC ("Article 4A"). Except as modified by this Funds Transfer Agreement, Article 4A shall govern funds transfers made to or from your account(s). However, a funds transfer initiated or received by you may be made through Fedwire, in which case the rights and obligations of the parties to the funds transfer will be governed by Federal Reserve Board Regulation J, subpart B, as in effect at the time of the transfer. Moreover, this Funds Transfer Agreement shall not govern debit and credit transfers by means of ACH transfers or transactions governed by the Electronic Funds Transfer Act.

**2. The Payment Order.** You may issue payment orders (each, a "Payment Order") against your account. The Payment Order, and its cancellation or amendment, shall be communicated to us only via telex, telefax, SWIFT, secure email, or original writing. The Payment Order shall (a) designate the account from which the funds are to be debited ("Designated Account"), and (b) be received by us on a funds transfer business day before 2:00 PM (ET), or such cut-off time(s) as we may designate ("Cut-Off Time"). If the Payment Order is not received on a funds-transfer business day or is received after the Cut-Off Time, we shall not process it until the next succeeding funds-transfer business day. We will use ordinary care to execute the Payment Order on the funds-transfer business day on which it is received, when received prior to the Cut-Off Time. We reserve the right to (a) handle a Payment Order in such order as we select, in our sole discretion; and (b) reject or delay acceptance and/or execution of the Payment Order if we determine that the Payment Order is unclear, incomplete, or otherwise unsatisfactory to us.

You hereby authorize us to debit the Designated Account and to execute the Payment Order after verification pursuant to the Security Procedure (defined below). If a Payment Order is duly verified pursuant to the Security Procedure, the Payment Order shall be deemed effective, and you shall be obligated to pay us the amount of the Payment Order, whether or not the Payment Order was in fact authorized by you. If the Payment Order does not designate the account to be debited for the Payment Order, we may debit any of your accounts to pay the Payment Order, and such account shall be deemed a Designated Account under this Funds Transfer Agreement.

We will use ordinary care to provide you with written notice of our rejection of any Payment Order on or prior to its execution date, provided, however, that we shall not be liable to you for interest compensation as a result of our failure to give such notice. You acknowledge that this procedure constitutes commercially reasonable means of notice.

NOTHING CONTAINED IN THIS FUNDS TRANSFER AGREEMENT SHALL OBLIGATE US TO ACCEPT AND EXECUTE A PAYMENT ORDER, OR AN AMENDMENT OR CANCELLATION THEREOF, AND WE SHALL ONLY BE DEEMED TO HAVE ACCEPTED A PAYMENT ORDER OR ITS AMENDMENT OR CANCELLATION UPON EXECUTION THEREOF.

WE SHALL HAVE NO OBLIGATION OR RESPONSIBILITY TO DETECT ERRORS CONTAINED IN THE PAYMENT ORDER. YOU ACKNOWLEDGE THAT THE SECURITY PROCEDURE IS NOT DESIGNED TO DETECT ERRORS IN THE PAYMENT ORDER.

**3. Cancellation or Amendment of Payment Order.** The cancellation or amendment of a Payment Order ("Payment Order Communication") shall be received by us on the funds-transfer business day immediately preceding the date when we are to execute the Payment Order and before the Cut-Off Time. If received after such deadline, we shall have no obligation to accept or execute the Payment Order Communication. We shall have no obligation to accept or execute a Payment Order Communication of a previously executed Payment Order. We may condition acceptance or execution of a Payment Order Communication by requiring any one or all of the following: (a) adequate information reasonably identifying the Payment Order; (b) an indemnity agreement and bond in form and amount acceptable to us holding us harmless from any and all liability arising from our execution of the Payment Order Communication; (c) sufficient notice to provide us with a reasonable opportunity to act; and (d) compliance with the Security Procedure. We shall not be liable for failure or inability to effectuate a cancellation or amendment requested by a Payment Order Communication, and you shall continue to be obligated to pay us for the amount of the Payment Order.

**4. Security Procedure.** A Payment Order and Payment Order Communication shall be subject to our verification prior to execution in accordance with the Security Procedure. After verification, we may execute, pay or act on a Payment Order or Payment Order Communication without any further inquiry of you. Your account is subject to the security procedure described in the separate security procedure acknowledgment delivered to us ("Security Procedure"), by which we have agreed to verify Payment Orders and Payment Order Communications. The sole purpose of the Security Procedure is to determine the authenticity of Payment Orders and Payment Order Communications. You are solely responsible for any duplication, accuracy and transmission of Payment Orders and Payment Order Communications. You hereby confirm that the Security Procedure is COMMERCIALLY REASONABLE in light of your circumstances and the type and frequency of funds-transfer transactions contemplated by you. If applicable, you acknowledge that: (a) you have declined to use the alternative security procedures offered by us, which are commercially reasonable under the circumstances for your; (b) you have chosen a Security Procedure of your own design; and (c) you shall be bound by any Payment

Order or Payment Order Communication, whether or not authorized, issued in your name and accepted by us in compliance with the Security Procedure chosen by you. Notwithstanding any provisions in this Funds Transfer Agreement to the contrary, we may refrain from executing any Payment Order or Payment Order Communication if we believe that it may not have been authorized by you or that there may be a security breach with respect to the Designated Account.

**5. Telephone Recordings.** We may record any telephone conversations with you involving a Payment Order, a Payment Order Communication, or other matter relating to a funds transfer transaction. We are not required to record such telephone conversations and shall have no liability for failing to do so.

**6. Identifying Information.** You shall be solely responsible for correctly identifying the parties in a Payment Order or Payment Order Communication, including the intermediary bank (if designated by you), beneficiary, and beneficiary's bank. You shall identify these parties by number and may include their name. You acknowledge that, in executing Payment Orders or Payment Order Communications, we may rely exclusively on the identifying number for any intermediary bank, beneficiary's bank, or beneficiary's account contained in the Payment Order or Payment Order Communication. If a Payment Order or Payment Order Communication identifies an intermediary bank, beneficiary's bank or beneficiary's account by both name and identifying number, we may rely exclusively on the identifying number as the proper identification of the intermediary bank, beneficiary's bank or beneficiary's account. Consequently, in the event of an inconsistency between the name and identifying number of any intermediary bank, beneficiary's bank or beneficiary's account in a Payment Order or Payment Order Communication, you shall be liable to us for, and shall indemnify us in connection with, such description inaccuracy or inconsistency.

**7. Funds Transfer System.** You may designate in a Payment Order the particular electronic funds transfer system and the intermediary banks, if any, to be used by us in connection with the funds transfer transaction. If you do not so designate, we will choose the funds transfer system and intermediary banks, if necessary, to complete the funds-transfer transaction. Notwithstanding your designation, we may use any funds transfer system to execute a Payment Order without prior notification to you if we in good faith determine that it is not feasible to follow the designation or that following it would unduly delay completion of the funds transfer transaction.

Each funds-transfer system may be governed by its own operating rules and regulations, and Payment Orders and funds transfer transactions shall be subject to the rules and regulations of the applicable funds transfer system, including all interbank compensation rules governing the settlement of claims for compensation or adjustments of errors between member banks. Each funds transfer and/or communications system selected by us in executing a Payment Order shall be considered your agent.

**8. Authorized Agents.** Notwithstanding any other agreement or provision to the contrary, with respect to joint accounts (whether "and" accounts or "or" accounts), or any account in which more than one signature is required to effect transactions on the account, the signature on any Payment Order or Payment Order Communication by any one of the authorized signatories shall be sufficient to authorize us to act on the Payment Order or Payment Order Communication.

**9. Availability of Funds/Overdrafts.** We shall have no duty to execute a Payment Order that exceeds the balance of available funds in the Designated Account. If the funds are insufficient, we shall have the right to either reject or delay execution of the Payment Order. If we, in our sole discretion, execute the Payment Order, thereby creating an overdraft in the Designated Account, you shall promptly pay us the amount of the overdraft plus interest at the rate applicable to overdrafts. We may set off the amount of any the overdraft against any of your accounts.

**10. Foreign Currency.** Should we receive a Payment Order requiring us to effectuate a payment in a currency other than U.S. Dollars, we may debit the Designated Account for the U.S. Dollar equivalent of the amount of foreign currency to be paid, at our prevailing rate of exchange. We may delay execution of the Payment Order to complete the conversion of currency.

**11. Limitation of Liability.** To the maximum extent permitted by applicable law, we shall not be liable to you for any special, indirect, consequential, punitive or exemplary damages resulting from our delayed or improper execution of, or failure to execute, any Payment Order or Payment Order Communication, and your recovery, if any, shall be limited exclusively to your expenses directly related to the transaction, incidental expenses and interest losses. Interest shall be calculated in accordance with the formula set forth in Georgia UCC 11-4A-506. Furthermore, we shall not be liable to you or to any third party for any losses, damages, liabilities, expenses, or costs suffered or incurred by you or any third party as a result of any of the following: (a) our execution of a duly verified Payment Order or Payment Order Communication pursuant to its terms; (b) the improper execution, delayed execution or non-execution of any Payment Order or Payment Order Communication because of unclear instructions, legal restrictions, governmental interference, failure of communications systems or other events of force majeure; (c) the act, failure to act, or insolvency of any agent, intermediary, or correspondent bank utilized in any funds-transfer transaction; or (d) any other acts or omissions of us relating to this Funds Transfer Agreement or to the transactions or activities contemplated hereby except to the extent, if any, that: (i) such acts or omissions constitute our failure to exercise ordinary care; or (ii) such liability is governed by specific provisions of law or regulation.

**12. Advices/Statements; Notification of Error/Discrepancy.** We shall provide you with advices of debits and credits and/or with periodic statements reflecting the funds transfer transactions and Payment Orders executed by us. You shall examine advices and/or statements promptly upon receipt or other access (for example, through the internet) and notify us in writing within a reasonable time,

28

29

FILED

JUL 3 1 2006

BUD GREEN
CIRCUIT CLERK

not to exceed 30 days, after you receive or have access to the advice or statement, whichever occurs first, of any unauthorized, duplicate, erroneous, or erroneously executed Payment Order or Payment Order Communication. Your failure to notify us in a timely manner discharges us of any obligation to pay interest on an amount that may be refundable. Furthermore, regardless of the care or lack of care of either of us, you shall be precluded from asserting any claim against us with respect to any Payment Order or Payment Order Communication reasonably identified in an advice and/or statement provided by us (or from otherwise objecting to any debit thereof to the Designated Account), unless you notify us in writing of the error or discrepancy within 60 days from the date of your earliest receipt of notification of such Payment Order or Payment Order Communication. If the Designated Account is subject to hold mail status, you shall be deemed to have received statements, confirmations or notices when they are made available to you in accordance with the hold mail facility.

**13. Fees.** You shall pay to us promptly such fees as we may charge for the funds transfer services pursuant to this Funds Transfer Agreement. Such fees may be changed from time to time without prior notice to you. You shall also reimburse us for any actual expenses to execute, cancel or amend any Payment Order or perform any related act that you may request. We may set off the amount of such fees and/or expenses against any of your accounts. We may instruct any intermediary bank to deduct its charges, if any, from the amount of the Payment Order.

**14. Legitimateness of Transactions.** You warrant to us that neither this Funds Transfer Agreement nor any transaction contemplated hereby will violate any currency exchange control regulations or any other legal restrictions applicable to you or to any of the funds transfer transactions that will be effectuated through your accounts pursuant to this Funds Transfer Agreement.

**15. Indemnification.** You shall indemnify us in connection with any loss arising directly or indirectly from our providing the funds transfer services hereunder.

**16. Termination.** Either party may terminate this Funds Transfer Agreement upon delivery of written notice to the other. Your notice of termination of this Funds Transfer Agreement shall not be effective until we are afforded a reasonable opportunity to act on the notice. No termination will affect any rights or obligations of either party that have accrued prior to termination or that relate to any transaction occurring prior to termination. All obligations or rights that contemplate performance after termination shall survive termination.

**17. Severability.** The illegality or unenforceability of any provision of this Funds Transfer Agreement shall not limit or impair the operation or validity of any other provision.

**18. Modification.** We may amend, modify or supplement the terms of this Funds Transfer Agreement upon 10 days prior written notice to you. Any other amendment or modification of the provisions of this Funds Transfer Agreement shall not be effective unless in writing and duly signed by the parties hereto.

**19. Waiver.** A waiver by us of any of the provisions of this Funds Transfer Agreement shall not be effective unless it is in writing, and shall pertain only to the particular circumstances for which it is given, and shall not constitute a future waiver of any other right under or provision of this Funds Transfer Agreement.

**20. Notices.** All notices required or permitted under this Funds Transfer Agreement shall be in writing. Notices directed to us shall be sent to us at 11475 Great Oaks Way, Alpharetta, Georgia 30022. Notices directed to you shall be sent to your last known address as reflected in our records.

**21. Applicable Law/Jurisdiction for Disputes.** This Funds Transfer Agreement shall be governed by and interpreted in accordance with the laws of the state of Georgia, other than its principles involving conflicts of laws. The parties hereby submit exclusively to the courts in Georgia for actions to enforce or which otherwise concern this Funds Transfer Agreement.

**22. Attorney's Fees.** In any action or proceeding seeking to enforce or which otherwise concerns this Funds Transfer Agreement, the prevailing party shall recover reasonable attorney's fees and expenses from the losing party. If we retain counsel to enforce this Funds Transfer Agreement, you shall reimburse us for our reasonable attorney's fees, even if no action is brought.

**23. Merger.** This Funds Transfer Agreement represents the entire agreement of the parties, and supersedes all prior agreements with respect to the subject matter of this Funds Transfer Agreement.

**24. Binding Effect/Assignment.** This Funds Transfer Agreement shall inure to the benefit of, and is binding on, the parties, their heirs, successors in interest, and assigns. Notwithstanding the foregoing, you may not assign this Funds Transfer Agreement without our prior written consent, and any assignment by you without our prior written consent shall be null and void.

**25. Jury Waiver.** THE PARTIES HEREBY KNOWINGLY, VOLUNTARILY AND INTENTIONALLY WAIVE ANY RIGHT TO A TRIAL BY JURY IN ANY SUIT, ACTION, PROCEEDING, OR LITIGATION IN ANY COURT WITH RESPECT TO, OR IN CONNECTION WITH, ARISING OUT OF, OR OTHERWISE RELATED TO, THIS FUNDS TRANSFER AGREEMENT AND ITS SUBJECT MATTER, OR ANY OTHER INSTRUMENT CONTEMPLATED TO BE EXECUTED IN CONNECTION WITH THIS FUNDS TRANSFER AGREEMENT, OR ANY COURSE OF CONDUCT, COURSE OF DEALING, STATEMENTS (WHETHER VERBAL OR WRITTEN) OR ACTIONS OF ANY PARTY HERETO OR RELEVANT TO THE TRANSACTIONS CONTEMPLATED HEREBY. THIS PROVISION IS A MATERIAL INDUCEMENT FOR THE PARTIES TO ENTER INTO THIS AGREEMENT.

Conflict Resolution. In case of any conflict between this Funds Transfer Agreement and any other agreement between the parties, this Funds Transfer Agreement shall control.

30

---

## Checking Overdraft Protection Account Agreement and Truth-in-Lending Disclosures

This Checking Overdraft Protection Account Agreement ("Agreement") provides the terms and conditions for the checking overdraft protection plan ("COP") for the checking account ("Checking Account") that you applied for when applying for the COP. In this Agreement, the terms "you" and "your" refer to each person applying for or using this COP; the terms "we," "us," and "our" refer to NetBank. The parties to this Agreement agree as follows:

### Agreement to Pay

You shall pay us, or our order, without defense or set off, all Advances (as defined below) obtained under this Agreement plus any other charges (including FINANCE CHARGES, collection costs or other amounts) due in accordance with this Agreement. You also are responsible for repayment of any Advances or charges created by any person authorized to use the Checking Account, whether or not such person applied for this COP or expressly accepted this Agreement. If there is more than one of you, each of you is jointly and severally liable under this Agreement. This means that we can require any one of you to pay all amounts due under this Agreement, including FINANCE CHARGES incurred by any of you, even if in excess of your Credit Limit or if you did not request the Advance or any Advances. We can release any one of you from responsibility under this Agreement and the others will remain fully responsible.

### Available Advances

The COP account will be opened after the Checking Account has been funded for 15 days. Subject to the terms of this Agreement, and provided that you are not in default hereunder and your right to Advances has not otherwise been suspended or terminated, NetBank will advance funds from your COP to the Checking Account (each, an "Advance") when any check drawn on the Checking Account is presented for payment in an amount in excess of the available funds in the Checking Account to pay the check ("Overdraft Amount"). Advances from the COP will be made in the exact amount necessary to cover the Overdraft Amount provided, however, that we are not obligated to make an Advance, and we may dishonor the check, if the Advance would cause you to exceed your Credit Limit (as described below). Advances under the COP will be made only when withdrawals are made from the Checking Account by means of a check; Advances under the COP will not be made when withdrawals from the Checking Account are initiated by Automated Teller Machine transactions, point-of-sale transactions, debit card, wire transfer, or any means other than check withdrawals. Note – If you maintain a Money Market Account that is linked to your Checking Account with a COP, overdrafts will first be paid from this Money Market Account, to the extent funds are available, then from the COP, up to its limit. There is no advance fee for advances made from the Money Market Account; however, such advances do count toward the 6 allowable per statement cycle.

### Maximum Credit Limit

NetBank will determine a maximum Credit Limit for your COP, and you shall not exceed your Credit Limit at any time. We may raise or lower your Credit Limit in our discretion, subject to our program guidelines. The maximum Credit Limit is $1,000.00. If an Advance would cause you to exceed your Credit Limit or if your COP already has a balance in excess of your Credit Limit, NetBank may refuse to pay a check drawn on the Checking Account or may otherwise refuse to make an Advance under your COP unless NetBank has specifically approved an Advance in excess of your Credit Limit. However, you authorize us to make Advances at our discretion even if such Advances would cause you to exceed your Credit Limit. In the event that NetBank agrees to make an Advance to the Checking Account in an amount in excess of your Credit Limit, you shall pay the excess immediately, even if we have not yet billed you for such amount.

### FINANCE CHARGES; No Grace Period

We will impose, and you will pay, a FINANCE CHARGE on each Advance from the day the Advance is made until it is paid in full. This means that there is no grace period that would allow you to avoid FINANCE CHARGES on Advances. We will not assess a FINANCE CHARGE on any COP that has no balance outstanding. FINANCE CHARGES accumulate each day until the exact current payoff amount is received by us and posted to your COP. The exact current payoff as of any day is the aggregate of all unpaid Advances, plus all accrued and unpaid FINANCE CHARGES, plus other amounts due hereunder, if any.

### Calculation of FINANCE CHARGES; Daily Balance Method (including current transactions)

We figure a portion of the FINANCE CHARGE on your COP by multiplying the Daily Periodic Rate times the balance of your COP (including current transactions) as of that day. We get the balance of your COP as of each day by taking the beginning balance of your COP each day, adding any new Advances or other charges posted to your COP on that day, and subtracting any payments or credits and unpaid FINANCE CHARGES.

The Daily Periodic Rate used to calculate the FINANCE CHARGE is a variable rate that may change daily. The Daily Periodic Rate is 1/365 (1/366 in a leap year) of the sum of an "Index" plus a Margin. The Index will be the Prime Rate as published in the "Money Rates" section of the Wall Street Journal. Any increase or decrease in the Index will take effect and apply to your COP on the day that the Prime Rate increases or decreases. See separate Rate Schedule or Fee Schedule for the current margin, daily periodic rate and ANNUAL PERCENTAGE RATE.

31

**FILED**

JUL 3 1 2006

**BUD GREEN**
CIRCUIT CLERK



**Enforceable Interest Rates**

If a law that applies to this Agreement and that sets maximum interest rates is finally interpreted by a court having jurisdiction so that the interest or other charges collected or to be collected in connection with this Agreement exceed the permitted limit, then: (1) the interest and/or other charges payable hereunder will be reduced by the amount necessary to reduce them to the permitted limits, and (2) any sums already collected that exceed the permitted limits will be refunded to you. We may choose to make this refund by reducing the principal you owe under this Agreement or by making a direct payment to you.

**Statements**

We will issue a monthly statement that details Advances and payments and credits made to your COP during the billing cycle. In the event that an error is noted on the monthly statement, you will have 60 days to notify us of the error. (See Your Billing Rights disclosure, below, for details.) After 60 days, the statement will be considered correct and accepted by you.

**Minimum/Final Payments**

Payments are due monthly on a date we select, which date may be changed from time to time at our option. Your minimum monthly payment will be equal to the greater of five percent (5%) of any new balance or $20.00, provided that if your new balance is less than $20.00, your minimum payment will be equal to the new balance. You may at any time pay more than the minimum monthly payment or pay the entire balance due, without penalty. You should contact NetBank for your exact COP balance prior to making a full payment because the FINANCE CHARGE is calculated daily on your COP.

**Automatic Payments**

NetBank will automatically deduct the required minimum payment from the Checking Account each billing cycle (monthly). If there are not sufficient funds in the Checking Account to cover the minimum payment, we will deduct the minimum payment from the Checking Account immediately after sufficient funds become available in the Checking Account. NetBank may, at its option, make an Advance from your COP to make or cover the minimum monthly payment, but NetBank is under no obligation to do so.

**Entire Balance Due Upon Default**

If a payment is not made within 15 days of its due date, you will be considered to be in default under this Agreement. NetBank will provide you notice of a right to cure the payment default within 20 days. If you fail to cure the payment default within this 20-day period, or if you cure the payment default within the 20-day period but have another payment default within 12 months, NetBank may, at its option, terminate your COP and declare the entire balance due and payable without notice or demand to you. In the event that a prospect of payment performance or realization of collateral is significantly impaired, NetBank may declare you to be in default under this Agreement and may declare the entire balance due and payable immediately, without advance notice or demand to you.

**Irregular Payments and Delay in Enforcement**

We may accept late payments, partial payments, checks and money orders marked "Paid in Full" or language having similar effect without losing any of our rights under this Agreement. We also can delay enforcing our rights under this Agreement any number of times without losing such rights.

**Set Off and Security Interest**

NetBank reserves the "right of offset" to pay any amounts owed and overdue on your COP. This means that we may use any funds belonging to you in any deposit account maintained with us to repay amounts owed on your COP in the event you fail to make a payment or repay the outstanding balance of your COP in accordance with this Agreement. NetBank also has the right to use collateral on any other loan you have from us to secure payment on your COP. Otherwise, your COP is an unsecured loan, unless a separate security agreement has been signed by you giving NetBank a security interest in other collateral.

**Cancellation of This Agreement**

This Agreement has no set expiration date and will remain effective until it is canceled. We may terminate your right to Advances under this Agreement at any time, with or without cause, by sending you notice at the address shown in our records. In the event that a tax lien or judgment is filed against you, or if you file for bankruptcy, NetBank may, without advance notice to you, terminate your right to additional Advances under this Agreement. In the event your right to Advances is terminated, the entire balance of your COP and all amounts not yet billed are immediately due and payable by you without further notice.

You may terminate this COP at any time by notifying NetBank in writing of your intention to do so or by closing the Checking Account. Such notification becomes effective upon receipt. Whenever the corresponding Checking Account is closed, the Advance feature of the COP is terminated automatically and you will have no further right to Advances. Upon cancellation of your right to Advances for any reason, this Agreement continues until all amounts owed to us under the Agreement (including amounts not yet billed) at the time of cancellation are paid. Should you cancel this Agreement, NetBank reserves the right to require all amounts owed under this Agreement to be paid in full within 10 days after notice is given.

**Collections Costs**

If NetBank finds it necessary to initiate a collection action, you will pay all court costs and collection fees, including reasonable attorney's fees.

**Change in Terms and Conditions**

NetBank reserves the right to make any change in the terms of this Agreement and this COP including, but not limited to, changes in interest rates, the index used to establish interest rates, and repayment terms, at any time, providing notice is sent to you at least 30 days before the start of the billing cycle in which a change is effective.

**Governing Law**

This Agreement has been delivered to us by you and accepted by us in the state of Georgia. This Agreement shall be governed by and construed in accordance with federal law and, to the extent not inconsistent with or preempted by federal law, the laws of the state of Georgia, other than its principles involving conflicts or choice of law.

**Assignment**

We may assign this Agreement and your COP at any time in our discretion. You may not assign your rights or obligations under this Agreement or your COP. Your obligations, however, are binding upon your heirs, successors, assigns, and legal representatives.

**Notices**

You shall notify us immediately if you change your name, your address, or your employer. If there are any errors in your COP statement, if any unauthorized persons access your COP, or if any of you dies, is declared incompetent, or is subject of a bankruptcy or insolvency proceeding.

**Interpretation**

The names given to paragraphs or sections in this Agreement are for convenience purposes only, and they are not to be used to interpret or define the provisions of this Agreement. This Agreement is the best evidence of your agreement with us. If a court responsible for interpreting this Agreement finds that any provision of this Agreement is not valid or should not be enforced, that fact, by itself, will not mean that the rest of this Agreement will not be valid and enforced, and the rest of the Agreement is therefore binding, valid and enforceable. If we go to court or otherwise seek to enforce this Agreement, we can use a copy of any COP statement, this Agreement, or any other document to prove what you owe us or that a transaction took place or otherwise. The copy will have the same validity as the original. Except to the extent that you can show there is a billing error, the most current statement for your COP is the best of evidence of your obligation to pay.

**Presentment and Demand**

You waive any legal requirements of presentment, demand, protest, notice of dishonor, and notice of protest in connection with this Agreement.

**Credit Information**

You shall provide NetBank with updated financial information at any time and from time to time as requested by us. We may obtain a consumer report on you when evaluating your application or in the future when reviewing or updating your account. Upon your request, we will tell you if we do obtain a consumer report on you and the name and address of the consumer reporting agency providing the report. YOU ARE HEREBY NOTIFIED THAT A NEGATIVE CREDIT REPORT REFLECTING ON YOUR CREDIT RECORD MAY BE SUBMITTED TO A CREDIT REPORTING AGENCY IF YOU FAIL TO FULFILL THE TERMS OF YOUR CREDIT OBLIGATIONS.

**YOUR BILLING RIGHTS**

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

**Notify Us in Case of Errors or Questions About Your Bill**

If you believe your billing statement is wrong or if you need more information about a transaction on your statement, write to us (on a separate sheet) at the address listed on your statement. Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights.

In your letter, include the following information:

- Your full name and account number.
- The dollar amount of the suspected error.
- A description of the error (and if possible, an explanation of why this may have occurred). If you need additional information about what may be an error, describe the item in question.

You have authorized us to pay your monthly payment automatically from your Checking Account. You can, however, stop the payment on any account you believe is wrong. To stop the payment, your letter must reach us 3 business days before the automatic payment is scheduled to occur.

32

33

FILED

JUL 3 1 2006

BUD GREEN
CIRCUIT CLERK

## Your Rights and Our Responsibilities After We Receive Your Written Notice

We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the statement was correct.

After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent. We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay amounts that are not in question.

If we find that we made a mistake on your statement, you will not have to pay any finance charges related to any questioned amount. If we did not make a mistake, you may have to pay finance charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due.

If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within 10 days telling us that you still refuse to pay, we must communicate to anyone we report you to that you have a question about your bill. And, we must communicate to you the name of anyone we reported you to. We must communicate to anyone we report you to that the matter has been settled between us when it finally is. If we do not follow these rules, we cannot collect the first $50.00 of the questioned amount, even if your statement was correct.

## Truth-in-Savings Disclosures on Deposit Accounts

Interest Rate/Annual Percentage Yield – The interest rate and annual percentage yield that you receive is based on the date your account is funded. Interest rate and annual percentage yield information can be found on our web site and is regularly updated.

### NetValue Interest Checking Account

Rate information - Your interest rate and annual percentage yield may change.

Frequency of rate changes - We may change the interest rate on your account at any time.

Determination of rate - At our discretion, we may change the interest rate on your account at any time, without limit.

Compounding and crediting frequency - Interest will be compounded daily. Interest will be credited to your account monthly.

Minimum balance to open the account - You must deposit at least $50 to open this account.

Daily balance computation method - We use the daily balance method to calculate the interest on your account. This method applies a daily periodic rate to the principal in the account each day.

Accrual of interest on non-cash deposits - Interest begins to accrue on the business day that we receive your deposit of non-cash items (for example, checks).

Fees - Please refer to our separate Fee Schedule for additional information about fees and charges.

### SuperValue Interest Checking Account

Rate information - Your interest rate and annual percentage yield may change.

Frequency of rate changes - We may change the interest rate on your account at any time.

Determination of rate - At our discretion, we may change the interest rate on your account at any time, without limit.

Compounding and crediting frequency - Interest will be compounded daily. Interest will be credited to your account monthly.

Minimum balance to open the account - You must deposit at least $50 to open this account.

Daily balance computation method - We use the daily balance method to calculate the interest on your account. This method applies a daily periodic rate to the principal in the account each day.

Accrual of interest on non-cash deposits - Interest begins to accrue on the business day that we receive your deposit of non-cash items (for example, checks).

Fees - Please refer to our separate Fee Schedule for additional information about fees and charges.

### NetVantage Money Market Account

Rate information - Your interest rate and annual percentage yield may change.

Frequency of rate changes - We may change the interest rate on your account at any time.

Determination of rate - At our discretion, we may change the interest rate on your account at any time, without limit.

Compounding and crediting frequency - Interest will be compounded daily. Interest will be credited to your account every month.

Minimum balance to open the account - You must deposit at least $100 to open this account.

Daily balance computation method - We use the daily balance method to calculate the interest on your account. This method applies a daily periodic rate to the principal in the account each day.

Accrual of interest on non-cash deposits - Interest begins to accrue on the business day that we receive your deposit of non-cash items (for example, checks).

Transaction limitations - Transfers from a NetVantage Money Market account to another account or to third parties by preauthorized, automatic, telephone, or computer transfer are limited to 6 per statement cycle with no more than 3 by check, draft, debit card, or similar order to third parties.

FILED

JUL 3 1 2006

BUD GREEN
CIRCUIT CLERK

Fees - Please refer to our separate Fee Schedule for additional information about fees and charges.

## Certificate of Deposit (Time Deposit)

Rate information - The interest rate and annual percentage yield on your account are stated on the Certificate of Deposit (CD) receipt. The rate you receive for the term of the CD is the rate in effect on the day your deposit is received by us, which might be different from the rate available on the day you applied for the account. You will be paid this rate until the first maturity. The rate applicable to your account upon renewal will be the rate then in effect, on the renewal date, for certificates of deposit of like term and amount. Interest is calculated on a 365-day basis (366-day basis in a leap year) and is compounded daily.

Compounding frequency - Interest will be compounded daily.

Interest payments - For certificates of deposit for a term of 12 months or less, interest will be credited at maturity. Certificates of Deposit for a term greater than 12 months are credited every month.

Minimum balance to open the account - You must deposit at least $1,000 to open a regular Certificate of Deposit or an IRA Certificate of Deposit.

Minimum balance to obtain the annual percentage yield (APY) disclosed - You must leave the original principal and all accrued interest in the account to obtain the disclosed APY.

Daily balance computation method - We use the daily balance method to calculate the interest on your account. This method applies a daily periodic rate to the principal and previously accrued interest remaining in the account each day.

Accrual of interest on non-cash deposits - Interest begins to accrue on the business day we receive your deposit of non-cash items (for example, checks).

Transaction limitations - You may not make any deposits into your account before maturity.

You may not make withdrawals of principal from this account before maturity without penalty. (For accounts that automatically renew, there is a 10-day grace period after each renewal date during which withdrawals are permitted without penalty.)

You may not withdraw interest from this account until maturity, unless you so elect to have the interest credited to a NetBank Checking or Money Market account at the time of application.

If you withdraw principal from the account before maturity, you will be subject to an early withdrawal penalty.

Time requirements - Your account will mature based on the date your Certificate of Deposit is funded and the term of your account. This information will be reflected on your Certificate of Deposit receipt.

Early withdrawal penalties - A penalty shall be imposed on the entire principal balance of a Certificate of Deposit for principal or interest withdrawals before maturity, and the Certificate of Deposit will also be terminated. The penalty fee will equal one-half of the interest earned from the commencement of the current term of the Certificate of Deposit until the day of early withdrawal, with a minimum early withdrawal fee of $25. The penalty is calculated under the interest method indicated above and deducted from interest first and then principal if necessary. In certain circumstances such as the death or incompetence of an owner of this account, the law permits, or in some cases requires, the waiver of the early withdrawal penalty. See your plan disclosure if the account is part of an IRA or other tax-qualified plan.

Any principal and accrued interest greater than $1,000 remaining with us after termination will be renewed for the same term as the terminated Certificate of Deposit or will be renewed in accordance with your written instructions, subject to the terms and conditions allowed by us. The interest rate and stated annual percentage yield will be the same we offer on new time deposits on the date you renew your Certificate of Deposit with us. Any principal and accrued interest remaining with us after termination that is less than $1,000 will be mailed to you in the form of a check.

Withdrawal of interest prior to maturity - The annual percentage yield assumes interest will remain on deposit, in the Certificate of Deposit, until maturity. A withdrawal will reduce earnings.

Transfer of interest prior to maturity - When establishing your Certificate of Deposit, we allow you to elect to have the interest transferred once a month to a separate checking or money market account at NetBank without penalty; however, the stated annual percentage yield on the Certificate of Deposit assumes the interest will remain in the Certificate of Deposit until maturity. A transfer will reduce the stated annual percentage yield.

Automatically renewable time account - This account will automatically renew at maturity and include previously accrued interest. You may prevent renewal if you withdraw the funds in the account at maturity or within the grace period mentioned below, if any, or we receive written notice from you within the grace period mentioned below, if any. We can prevent renewal if we mail notice to you

at least 30 days before maturity. If either you or we prevent renewal, interest will not accrue after final maturity. Each renewal term will be the same as the original term, beginning on the maturity date. If we no longer offer a term equal to your maturing Certificate of Deposit, we may renew for a term that most closely approximates such prior term. The interest rate will be the same we offer on new time deposits on the maturity date that have the same term, minimum balance (if any), and other features as the original time deposit. You will have 10 days after maturity to withdraw the funds without a penalty.

Interest on accounts and incomplete applications - If you submit an incomplete account application, we cannot process the application until we have received all necessary information from you. Any deposits sent with your incomplete application will not be processed and the deposit will earn interest (if the account is an interest-bearing account) only after we have received a completed and approved application.

FILED

JUL 3 1 2006

BUD GREEN
CIRCUIT CLERK